UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KIMBERLY BARUS,

      Plaintiff,

v.                                                    Case No. 3:24-CV-01358-MMH-SJH

THE CITY OF JACKSONVILLE, et al.,

      Defendants.

_____/

## DECLARATION OF KARLOUS D. LAMPKIN

Karlous D. Lampkin does hereby submit this declaration pursuant to 28 U.S.C. §1746, and states as follows:

1. My name is Karlous D. Lampkin. I am over the age of eighteen (18) years. I am of sound mind and fully competent to testify to the matters stated herein based on personal knowledge.

2. I have been employed by the Jacksonville Sheriff's Office ("JSO") as a sworn police officer since 2007. On April 11, 2022, I was on duty and working as a police officer assigned to the Sierra sector of what was then designated as Zone 5.

3. According to the Event Recap attached as Exhibit "A," which is a document maintained by JSO in the regular course of business, JSO received

a complaint from a citizen on April 11, 2022, around 6:22 a.m. regarding a citizen who was being chased by a pitbull and was "on top of a whi[te] sedan" on Parkview Drive and Rockwood Drive. [Exhibit A – P. 1.] That location was in the sector where I was working, so Dispatch assigned me to the investigation. [Exhibit A – P. 2 ("Unit Dispatched: [M319]"), P. 12 (noting that my Unit ID was M319).]

4.     I was wearing a body worn camera (BWC) while performing my duties and investigating the complaint. I activated the BWC to capture the initial phone calls with the complainant, Malene Ellington; a copy of this BWC footage is attached as Exhibit "B" to this declaration and is designated as "AXON_Body_2_Video_2022-04-11_0650." I hereby affirm that Exhibit "B" is an accurate and complete copy of the video that was recorded by my BWC during my phone calls with Ms. Ellington.

5.     When I arrived at 3504 Rockwood Drive to continue my investigation, I reactivated the BWC to capture my interaction with Plaintiff Kimberly Barus and her husband, who resided at that location and who owned the dogs that were the subject of the complaint; a copy of this BWC footage is attached as Exhibit "C" to this declaration and is designated as "_AXON_Body_2_Video_2022-04-11_0718." I hereby affirm that Exhibit "C" is an accurate and complete copy of the video that was recorded by my BWC during my interaction with the Barus family.

2

6.     The BWC has a pre-event buffer feature, which captures 30 seconds of footage before the camera is manually turned on. This 30 second portion of the footage is recorded without audio. Once the camera is manually turned on, both video and audio are recorded. For this reason, the first 30 seconds of Exhibits "B" and "C" do not contain audio.

7.     The BWC's time and date stamp displays the current time in "Zulu" time (Z).  Zulu time is four hours ahead of Eastern Standard Time during Daylight Savings Time. For instance, while the time stamp on Exhibit "B" starts at "T10:49:37Z," the actual time in Jacksonville would have been 6:49 a.m.

8.     As shown in Exhibit "C," I never ordered or otherwise directed Kimberly Barus to open the gate. Instead, while I was investigating the report that the dogs had been aggressive and that Mr. Barus had threatened the complainant's son with a gun, Mrs. Barus said "I'll go open it right now and they will not come out of that fence on you" [Exhibit "C" starting about T11:21:29Z]. I wanted to observe whether the dog would in fact "come out of the fence" so I responded "okay, let me see them" [Exhibit "C" starting about T11:21:52Z]. Plaintiff then said "come on" and I responded "you go ahead and open the gate, I'll be there." [Exhibit "C" starting about T11:21:57Z]. When I

3

walked over toward the gate, Plaintiff had the gate open and a dog was already partially outside the fence. [Exhibit "C" starting about T11:22:58Z].

9.     The dog, still out of the fence, approached me with it head down and tail wagging, and I put my hand out to let it sniff me. When I did so, it bit me on the hand. It then turned back at me and bit me on my leg, and I feared that it would bite me on my Achilles tendon, causing a debilitating injury.

10.     When the dog ran after the first shots, I had no way of knowing where the dog was fleeing or whether it would act aggressively as had been reported earlier that morning or whether it would bite someone else as it had bitten me.

11.     I was not aware of the extent of the bite injuries before I shot the dog, but based on the prior reports of aggression, the fact that she came out of the gate despite the Baruses' insistence that their dogs would not come out of an open gate, and the two bites, I believed that the dog was a threat to my personal safety and potentially to others if it was allowed to continue to run loose.

**I DECLARE UNDER PENALTY OF PERJURY** that the foregoing is true and correct.  Executed this 1st day of June, 2026, in Duval County, Florida.

4

06/01/2026

Karlous Lampkin

5

# EXHIBIT A

# Event Recap

| | | | |
|---|---|---|---|
| **Incident Number:** | JSO/220411-00209409 | **Incident Date/ Time:** | 04/11/2022 06:22 |
| **Address:** | 3504 ROCKWOOD DR | | |
| **Caller:** | ALLENTON, MR   PARKVIEW DR / ROCKWOOD DR 904-862-5453 | | |
| **Primary Officer:** | BURFORD, KENDALL E  O320 / ID# 66783 | | |
| **Operator:** | CARR, SHANTAVIA  ID# 84159 | | |
| **Priority:** | 3    **Signal:** 19    ANIMAL INVESTIGATION | | |

| | |
|---|---|
| **Closed Date/ Time:** | 04/11/2022 16:45 |
| **Building:** | |
| **Area:** | |
| **Subsector:** | S-1 |
| **Beat:** | 244 |
| **Alarm ID:** | |

**Dispositions:**

| | |
|---|---|
| BC7 - BODY CAM - RETAIN FOR 7 YEARS/ | K - ASST OTHER UNIT/AGN;SUPERVISOR/ |
| K - ASST OTHER UNIT/AGN;SUPERVISOR/ | BC7 - BODY CAM - RETAIN FOR 7 YEARS/ |
| K - ASST OTHER UNIT/AGN;SUPERVISOR/ | BC7 - BODY CAM - RETAIN FOR 7 YEARS/ |
| BC7 - BODY CAM - RETAIN FOR 7 YEARS/ | K - ASST OTHER UNIT/AGN;SUPERVISOR/ |
| RTR - RESPONSE TO RESISTANCE/ | BC7 - BODY CAM - RETAIN FOR 7 YEARS/ |
| K - ASST OTHER UNIT/AGN;SUPERVISOR/ | L - ACCESSORY REPORT SUBMITTED/RTR BY 186 |
| BC5 - BODY CAM - RETAIN FOR 5 YEARS/ | K - ASST OTHER UNIT/AGN;SUPERVISOR/ |
| BC7 - BODY CAM - RETAIN FOR 7 YEARS/ | 1 - GENERAL REPORT WRITTEN/ |
| BC5 - BODY CAM - RETAIN FOR 5 YEARS/ | / |

| AUDIT TRAIL | | |
|---|---|---|
| **Create Date** | **Audit Text** | **Operator** |
| 04/11/2022 06:22 | INCIDENT INITIATED | CONSOLE: JSO-09B; CARR, SHANTAVIA(84159) |
| 04/11/2022 06:22 | CALLER INFO UPDATED: UNKNOWN,UNKNOWN | CONSOLE: JSO-09B; CARR, SHANTAVIA(84159) |
| 04/11/2022 06:22 | COMMENTS: ON PARKVIEW....PITBULL CHASING CMP (SIG 56 MR.ALLENTON) ADV HE IS ON TOP OF A WHI SEDAN | CONSOLE: JSO-09B; CARR, SHANTAVIA(84159) |
| 04/11/2022 06:22 | INCIDENT INITIATED | CONSOLE: JSO-09B; CARR, SHANTAVIA(84159) |
| 04/11/2022 06:22 | | CONSOLE: JSO-09B; CARR, SHANTAVIA(84159) |
| 04/11/2022 06:23 | CALLER INFO UPDATED: UNKNOWN,UNKNOWN | CONSOLE: JSO-09B; CARR, SHANTAVIA(84159) |
| 04/11/2022 06:23 | | CONSOLE: JSO-09B; CARR, SHANTAVIA(84159) |
| 04/11/2022 06:23 | | CONSOLE: JSO-Z6B; HARLESS, SAMANTHA(82643) |

| Date/Time | Description | Console/Operator |
|---|---|---|
| 04/11/2022 06:23 | PRIMARY UNIT CHANGED TO [M319] | CONSOLE: JSO-Z6B; HARLESS, SAMANTHA(82643) |
| 04/11/2022 06:23 | UNIT STATUS FOR [M319] CHANGED TO <NA> | CONSOLE: JSO-Z6B; HARLESS, SAMANTHA(82643) |
| 04/11/2022 06:23 | UNIT DISPATCHED: [M319] | CONSOLE: JSO-Z6B; HARLESS, SAMANTHA(82643) |
| 04/11/2022 06:23 | INCIDENT STATUS: ACTIVE | CONSOLE: JSO-Z6B; HARLESS, SAMANTHA(82643) |
| 04/11/2022 06:23 | | CONSOLE: JSO-Z6B; HARLESS, SAMANTHA(82643) |
| 04/11/2022 06:24 | UNIT STATUS FOR [M319] CHANGED TO <EN> (LOCATION: PARKVIEW DR / ROCKWOOD DR) | CONSOLE: JSO-Z6B; HARLESS, SAMANTHA(82643) |
| 04/11/2022 06:25 | | CONSOLE: JSO-04B; MUNOZ, GISELLE(85000) |
| 04/11/2022 06:25 | COMMENTS: DUP: CMP SIG 56 ON TOP OF THE WHI HONDA CIVIC | CONSOLE: JSO-04B; MUNOZ, GISELLE(85000) |
| 04/11/2022 06:25 | | CONSOLE: JSO-04B; MUNOZ, GISELLE(85000) |
| 04/11/2022 06:25 | CALLER INFO UPDATED: UNKNOWN,UNKNOWN | CONSOLE: JSO-04B; MUNOZ, GISELLE(85000) |
| 04/11/2022 06:25 | | CONSOLE: JSO-04B; MUNOZ, GISELLE(85000) |
| 04/11/2022 06:25 | | CONSOLE: JSO-06B; ROBERTS-BOONSTRA, JESSICA(77832) |
| 04/11/2022 06:25 | CALLER INFO UPDATED: UNKNOWN,UNKNOWN | CONSOLE: JSO-04B; MUNOZ, GISELLE(85000) |
| 04/11/2022 06:25 | | CONSOLE: JSO-04B; MUNOZ, GISELLE(85000) |
| 04/11/2022 06:25 | CALLER INFO UPDATED: UNKNOWN,UNKNOWN | CONSOLE: JSO-04B; MUNOZ, GISELLE(85000) |
| 04/11/2022 06:25 | | CONSOLE: JSO-04B; MUNOZ, GISELLE(85000) |
| 04/11/2022 06:29 | | CONSOLE: JSO-Z6B; HARLESS, SAMANTHA(82643) |
| 04/11/2022 06:32 | | CONSOLE: JSO-14B; BARRON, SIMON(5762) |
| 04/11/2022 06:33 | COMMENTS: CMP ON TOP OF A  WHI HONDA CIVIC, THE DOGS HAVE HIM TRAPPED, CAN HEAR THEM BARKING | CONSOLE: JSO-14B; BARRON, SIMON(5762) |
| 04/11/2022 06:34 | | CONSOLE: JSO-Z5B; BRYAN, AVERY(80814) |
| 04/11/2022 06:41 | | CONSOLE: JSO-LAP44403-M; LAMPKIN, KARLOUS (63454) |
| 04/11/2022 06:41 | | CONSOLE: JSO-LAP44403-M; LAMPKIN, KARLOUS (63454) |
| 04/11/2022 06:48 | | CONSOLE: JSO-LAP44296-M; BLACKSHEAR, KELSEY(80723) |
| 04/11/2022 06:48 | UNIT STATUS FOR [M319] CHANGED TO <AR> | CONSOLE: JSO-LAP44403-M; LAMPKIN, KARLOUS (63454) |
| 04/11/2022 06:55 | | CONSOLE: JSO-LAP44403-M; LAMPKIN, KARLOUS (63454) |
| 04/11/2022 07:15 | | CONSOLE: JSO-LAP43842-M; NEWELL, AUSTIN (80840) |
| 04/11/2022 07:19 | | CONSOLE: JSO-LAP45777-M; YATES, LUCRETIA (69909) |
| 04/11/2022 07:23 | | CONSOLE: JSO-Z5B; BRYAN, AVERY(80814) |
| 04/11/2022 07:24 | | CONSOLE: JSO-LAP44296-M; BLACKSHEAR, KELSEY(80723) |
| 04/11/2022 07:24 | UNIT STATUS FOR [M229] CHANGED TO <NA> | CONSOLE: JSO-Z5B; BRYAN, AVERY(80814) |

| | | |
|---|---|---|
| 04/11/2022 07:24 | UNIT DISPATCHED: [M229] | CONSOLE: JSO-Z5B; BRYAN, AVERY(80814) |
| 04/11/2022 07:24 | UNIT STATUS FOR [M121] CHANGED TO <NA> | CONSOLE: JSO-Z5B; BRYAN, AVERY(80814) |
| 04/11/2022 07:24 | UNIT DISPATCHED: [M121] | CONSOLE: JSO-Z5B; BRYAN, AVERY(80814) |
| 04/11/2022 07:24 | UNIT STATUS FOR [632] CHANGED TO <NA> | CONSOLE: JSO-Z5B; BRYAN, AVERY(80814) |
| 04/11/2022 07:24 | UNIT DISPATCHED: [632] | CONSOLE: JSO-Z5B; BRYAN, AVERY(80814) |
| 04/11/2022 07:24 | | CONSOLE: JSO-19B; ROBINSON, PATRICIA(6630) |
| 04/11/2022 07:24 | | CONSOLE: JSO-Z5B; BRYAN, AVERY(80814) |
| 04/11/2022 07:24 | | CONSOLE: JSO-LAP44137-M; MULHEARN, JASON (81351) |
| 04/11/2022 07:24 | | CONSOLE: JSO-05B; PEDATA, ANDREA(77828) |
| 04/11/2022 07:24 | | CONSOLE: JSO-LAP44979-M; FOOTE, TYLER (82558) |
| 04/11/2022 07:24 | | CONSOLE: JSO-LAP45051-M; KUIPER, BRIAN (67169) |
| 04/11/2022 07:24 | UNIT STATUS FOR [M229] CHANGED TO <EN> (LOCATION: PARKVIEW DR / ROCKWOOD DR) | CONSOLE: JSO-LAP44296-M; BLACKSHEAR, KELSEY(80723) |
| 04/11/2022 07:24 | UNIT STATUS FOR [M121] CHANGED TO <EN> (LOCATION: PARKVIEW DR / ROCKWOOD DR) | CONSOLE: JSO-LAP45777-M; YATES, LUCRETIA (69909) |
| 04/11/2022 07:24 | UNIT STATUS FOR [632] CHANGED TO <EN> (LOCATION: PARKVIEW DR / ROCKWOOD DR) | CONSOLE: JSO-Z5B; BRYAN, AVERY(80814) |
| 04/11/2022 07:24 | | CONSOLE: JSO-LAP45777-M; YATES, LUCRETIA (69909) |
| 04/11/2022 07:24 | | CONSOLE: JSO-LAP44296-M; BLACKSHEAR, KELSEY(80723) |
| 04/11/2022 07:24 | | CONSOLE: JSO-LAP44155-M; PETERSON, MICHAEL (5771) |
| 04/11/2022 07:24 | | CONSOLE: JSO-LAP43907-M; SWEET, JOSEPH (7074) |
| 04/11/2022 07:24 | | CONSOLE: JSO-LAP44492-M; COPELAND, COURTNEY(72135) |
| 04/11/2022 07:24 | | CONSOLE: JSO-LAP44843-M; HYMAN, TERENCE (7174) |
| 04/11/2022 07:24 | | CONSOLE: JSO-LAP45216-M; CREWS, RANDALL (5239) |
| 04/11/2022 07:24 | | CONSOLE: JSO-LAP43033-M; GAY, JORDAN(83462) |
| 04/11/2022 07:24 | | CONSOLE: JSO-IVB; LEVAI, ASHLEY(78911) |
| 04/11/2022 07:24 | | CONSOLE: JSO-LAP43049-M; SMITH, JULIUS(82390) |
| 04/11/2022 07:24 | | CONSOLE: JSO-Z5B; BRYAN, AVERY(80814) |
| 04/11/2022 07:25 | | CONSOLE: JSO-LAP45272-M; ROBINSON, KEVIN (5798) |
| 04/11/2022 07:25 | | CONSOLE: JSO-LAP44155-M; PETERSON, MICHAEL (5771) |
| 04/11/2022 07:25 | | CONSOLE: JSO-IVB; LEVAI, ASHLEY(78911) |
| 04/11/2022 07:25 | | CONSOLE: JSO-05B; PEDATA, ANDREA(77828) |

| Date/Time | Event | Console/Operator |
|---|---|---|
| 04/11/2022 07:25 | | CONSOLE: JSO-LAP44344-M; BUMGARNER, CALEB (73993) |
| 04/11/2022 07:25 | | CONSOLE: JSO-LAP45824-M; GRIFFIN, RAFAEL (76077) |
| 04/11/2022 07:25 | | CONSOLE: JSO-LAP44924-M; TAYLOR, HEATHER (69744) |
| 04/11/2022 07:26 | UNIT STATUS FOR [186] CHANGED TO <EN> (LOCATION: PARKVIEW DR / ROCKWOOD DR) | CONSOLE: JSO-Z5B; BRYAN, AVERY(80814) |
| 04/11/2022 07:26 | UNIT DISPATCHED: [186] | CONSOLE: JSO-Z5B; BRYAN, AVERY(80814) |
| 04/11/2022 07:26 | | CONSOLE: JSO-Z5B; BRYAN, AVERY(80814) |
| 04/11/2022 07:26 | | CONSOLE: JSO-LAP44296-M; BLACKSHEAR, KELSEY(80723) |
| 04/11/2022 07:26 | COMMENTS: PER M319 SIG 18 TO DOG SHOTS FIRED BY OFFCRS | CONSOLE: JSO-Z5B; BRYAN, AVERY(80814) |
| 04/11/2022 07:26 | | CONSOLE: JSO-LAP45306-M; SHEA, BRANDON (66209) |
| 04/11/2022 07:26 | | CONSOLE: JSO-Z5B; BRYAN, AVERY(80814) |
| 04/11/2022 07:26 | | CONSOLE: JSO-LAP44924-M; TAYLOR, HEATHER (69744) |
| 04/11/2022 07:27 | COMMENTS: DUP: ADV DOWN THE STREET SUBJS 63G THEN HEARD 33S , NOI | CONSOLE: JSO-07B; JOHNSON, GWENDOLYN (60939) |
| 04/11/2022 07:27 | | CONSOLE: JSO-07B; JOHNSON, GWENDOLYN (60939) |
| 04/11/2022 07:27 | CALLER INFO UPDATED: UNKNOWN,UNKNOWN | CONSOLE: JSO-07B; JOHNSON, GWENDOLYN (60939) |
| 04/11/2022 07:27 | | CONSOLE: JSO-Z5B; BRYAN, AVERY(80814) |
| 04/11/2022 07:27 | | CONSOLE: JSO-LAP44296-M; BLACKSHEAR, KELSEY(80723) |
| 04/11/2022 07:27 | | CONSOLE: JSO-Z5B; BRYAN, AVERY(80814) |
| 04/11/2022 07:28 | | CONSOLE: JSO-19B; ROBINSON, PATRICIA(6630) |
| 04/11/2022 07:28 | | CONSOLE: JSO-Z5B; BRYAN, AVERY(80814) |
| 04/11/2022 07:28 | | CONSOLE: JSO-LAP44492-M; COPELAND, COURTNEY(72135) |
| 04/11/2022 07:29 | | CONSOLE: JSO-LAP44985-M; SIRCAR, ASHISH (7422) |
| 04/11/2022 07:30 | | CONSOLE: JSO-LAP45423-M; RAY, TIAWANA (19432) |
| 04/11/2022 07:30 | | CONSOLE: JSO-LAP45423-M; MATZEN, JOHN (19432) |
| 04/11/2022 07:30 | | CONSOLE: JSO-05B; PEDATA, ANDREA(77828) |
| 04/11/2022 07:30 | | CONSOLE: JSO-LAP46004-M; SAMES, JENNIFER (64623) |
| 04/11/2022 07:31 | UNIT STATUS FOR [M229] CHANGED TO <AR> | CONSOLE: JSO-LAP44296-M; BLACKSHEAR, KELSEY(80723) |
| 04/11/2022 07:31 | UNIT STATUS FOR [646] CHANGED TO <AR> | CONSOLE: JSO-Z5B; BRYAN, AVERY(80814) |
| 04/11/2022 07:31 | UNIT DISPATCHED: [646] | CONSOLE: JSO-Z5B; BRYAN, AVERY(80814) |

| 04/11/2022 07:31 | UNIT STATUS FOR [M121] CHANGED TO <AR> | CONSOLE: JSO-Z5B; BRYAN, AVERY(80814) |
|---|---|---|
| 04/11/2022 07:33 | | CONSOLE: JSO-LAP44979-M; FOOTE, TYLER (82558) |
| 04/11/2022 07:33 | | CONSOLE: JSO-19B; ROBINSON, PATRICIA(6630) |
| 04/11/2022 07:36 | | CONSOLE: JSO-LAP45899-M; REESE, DEVAN (78496) |
| 04/11/2022 07:36 | UNIT STATUS FOR [O320] CHANGED TO <EN> (LOCATION: PARKVIEW DR / ROCKWOOD DR) | CONSOLE: JSO-Z5B; BRYAN, AVERY(80814) |
| 04/11/2022 07:36 | UNIT DISPATCHED: [O320] | CONSOLE: JSO-Z5B; BRYAN, AVERY(80814) |
| 04/11/2022 07:36 | UNIT STATUS FOR [O315] CHANGED TO <EN> (LOCATION: PARKVIEW DR / ROCKWOOD DR) | CONSOLE: JSO-Z5B; BRYAN, AVERY(80814) |
| 04/11/2022 07:36 | UNIT DISPATCHED: [O315] | CONSOLE: JSO-Z5B; BRYAN, AVERY(80814) |
| 04/11/2022 07:36 | UNIT STATUS FOR [O226] CHANGED TO <EN> (LOCATION: PARKVIEW DR / ROCKWOOD DR) | CONSOLE: JSO-Z5B; BRYAN, AVERY(80814) |
| 04/11/2022 07:36 | UNIT DISPATCHED: [O226] | CONSOLE: JSO-Z5B; BRYAN, AVERY(80814) |
| 04/11/2022 07:36 | | CONSOLE: JSO-LAP44979-M; FOOTE, TYLER (82558) |
| 04/11/2022 07:37 | | CONSOLE: JSO-LAP45899-M; REESE, DEVAN (78496) |
| 04/11/2022 07:37 | | CONSOLE: JSO-LAP47574-M; PRINZI, MARTIN(6189) |
| 04/11/2022 07:37 | | CONSOLE: JSO-LAP44410-M; CRAWFORD, EDDIE (79970) |
| 04/11/2022 07:37 | | CONSOLE: SPMDT117; , (SPEDWARDSF) |
| 04/11/2022 07:37 | | CONSOLE: JSO-LAP45899-M; REESE, DEVAN (78496) |
| 04/11/2022 07:37 | | CONSOLE: JSO-LAP45998-M; ROERINK, CHAD (67879) |
| 04/11/2022 07:37 | | CONSOLE: JSO-LAP43985-M; BURFORD, KENDALL (66783) |
| 04/11/2022 07:38 | | CONSOLE: JSO-Z5B; BRYAN, AVERY(80814) |
| 04/11/2022 07:38 | | CONSOLE: JSO-LAP42933-M; RIVERA TORRES, OMAR(77093) |
| 04/11/2022 07:38 | COMMENTS: T66 T33 0738 HRS | CONSOLE: JSO-Z5B; BRYAN, AVERY(80814) |
| 04/11/2022 07:38 | | CONSOLE: JSO-Z5B; BRYAN, AVERY(80814) |
| 04/11/2022 07:39 | | CONSOLE: JSO-LAP45356-M; BORCHARDT, TIMOTHY(6024) |
| 04/11/2022 07:39 | | CONSOLE: JSO-LAP44571-M; NAVARRO, KIMBERLY (7130) |
| 04/11/2022 07:39 | | CONSOLE: JSO-LAP44571-M; NAVARRO, KIMBERLY (7130) |
| 04/11/2022 07:39 | | CONSOLE: JSO-LAP44571-M; NAVARRO, KIMBERLY (7130) |
| 04/11/2022 07:39 | | CONSOLE: JSO-LAP44571-M; NAVARRO, KIMBERLY (7130) |
| 04/11/2022 07:39 | | CONSOLE: SPCAD01; , (SPPRINZIG) |

| Date/Time | Event | Console |
|---|---|---|
| 04/11/2022 07:41 | UNIT STATUS FOR [O226] CHANGED TO <AR> | CONSOLE: JSO-29B; MIDDLETON, JACQULEEN (73306) |
| 04/11/2022 07:41 | UNIT STATUS FOR [O320] CHANGED TO <AR> | CONSOLE: JSO-29B; MIDDLETON, JACQULEEN (73306) |
| 04/11/2022 07:41 | | CONSOLE: JSO-29B; MIDDLETON, JACQULEEN (73306) |
| 04/11/2022 07:43 | | CONSOLE: JSO-LAP44924-M; TAYLOR, HEATHER (69744) |
| 04/11/2022 07:44 | UNIT STATUS FOR [O315] CHANGED TO <AR> | CONSOLE: JSO-29B; MIDDLETON, JACQULEEN (73306) |
| 04/11/2022 07:44 | | CONSOLE: JSO-29B; MIDDLETON, JACQULEEN (73306) |
| 04/11/2028 07:45 | | CONSOLE: JSO-LAP44155-M; PETERSON, MICHAEL (5771) |
| 04/11/2022 07:45 | COMMENTS: T67 BIT IN HAND AND LOWER LEG | CONSOLE: JSO-Z5B; BRYAN, AVERY(80814) |
| 04/11/2022 07:46 | | CONSOLE: JSO-Z5B; BRYAN, AVERY(80814) |
| 04/11/2022 07:46 | COMMENTS: JFRD T51 | CONSOLE: JSO-Z5B; BRYAN, AVERY(80814) |
| 04/11/2022 07:46 | | CONSOLE: JSO-IVB; LEVAI, ASHLEY(78911) |
| 04/11/2022 07:46 | UNIT STATUS FOR [186] CHANGED TO <AR> | CONSOLE: JSO-Z5B; BRYAN, AVERY(80814) |
| 04/11/2022 07:46 | RELATED INCIDENT CREATED: JSO/220411-00209519 (51ET - EVIDENCE TECHNICIAN CALL) | CONSOLE: JSO-IVB; LEVAI, ASHLEY(78911) |
| 04/11/2022 07:47 | | CONSOLE: JSO-Z5B; BRYAN, AVERY(80814) |
| 04/11/2022 07:47 | COMMENTS: JFRD RUN # 46895 RESC AND ENIGINE 17 | CONSOLE: JSO-Z5B; BRYAN, AVERY(80814) |
| 04/11/2022 07:47 | | CONSOLE: JSO-LAP44455-M; HACKER, TYLER (81357) |
| 04/11/2022 07:49 | UNIT STATUS FOR [632] CHANGED TO <AR> | CONSOLE: JSO-Z5B; BRYAN, AVERY(80814) |
| 04/11/2022 07:49 | | CONSOLE: JSO-31B; CAMPBELL, MICHAEL(73638) |
| 04/11/2022 07:49 | | CONSOLE: JSO-31B; CAMPBELL, MICHAEL(73638) |
| 04/11/2022 07:49 | | CONSOLE: JSO-Z5B; BRYAN, AVERY(80814) |
| 04/11/2022 07:54 | | CONSOLE: JSO-LAP47574-M; PRINZI, MARTIN(6189) |
| 04/11/2022 07:54 | | CONSOLE: JSO-IVB; LEVAI, ASHLEY(78911) |
| 04/11/2022 07:55 | | CONSOLE: JSO-LAP47574-M; PRINZI, MARTIN(6189) |
| 04/11/2022 07:56 | DISPOSITION <K> RECORDED FOR [O226] | CONSOLE: JSO-LAP47574-M; PRINZI, MARTIN(6189) |
| 04/11/2022 07:56 | DISPOSITION <BC7> RECORDED FOR [O226] | CONSOLE: JSO-LAP47574-M; PRINZI, MARTIN(6189) |
| 04/11/2022 07:56 | UNIT [O226] REMOVED FROM INCIDENT | CONSOLE: JSO-LAP47574-M; PRINZI, MARTIN(6189) |
| 04/11/2022 07:56 | UNIT STATUS FOR [O226] CHANGED TO <CL> | CONSOLE: JSO-LAP47574-M; PRINZI, MARTIN(6189) |
| 04/11/2022 07:57 | DISPOSITION <K> RECORDED FOR [O315] | CONSOLE: JSO-LAP44571-M; NAVARRO, KIMBERLY (7130) |
| 04/11/2022 07:57 | DISPOSITION <BC7> RECORDED FOR [O315] | CONSOLE: JSO-LAP44571-M; NAVARRO, KIMBERLY (7130) |
| 04/11/2022 07:57 | UNIT [O315] REMOVED FROM INCIDENT | CONSOLE: JSO-LAP44571-M; NAVARRO, KIMBERLY (7130) |

| 04/11/2022 07:57 | UNIT STATUS FOR [O315] CHANGED TO <CL> | CONSOLE: JSO-LAP44571-M; NAVARRO, KIMBERLY (7130) |
| 04/11/2022 07:59 | | CONSOLE: JSO-LAP44256-M; MOON, JENNIFER (7611) |
| 04/11/2022 08:00 | | CONSOLE: JSO-Z5B; BRYAN, AVERY(80814) |
| 04/11/2022 08:06 | | CONSOLE: JSO-LAP44155-M; PETERSON, MICHAEL (5771) |
| 04/11/2022 08:06 | | CONSOLE: JSO-LAP44137-M; MULHEARN, JASON (81351) |
| 04/11/2022 08:07 | PRIMARY UNIT CHANGED FROM [M319] TO [M229] | CONSOLE: JSO-Z5B; BRYAN, AVERY(80814) |
| 04/11/2022 08:07 | PRIMARY UNIT CHANGED FROM [M319] TO [M229] | CONSOLE: JSO-Z5B; BRYAN, AVERY(80814) |
| 04/11/2022 08:09 | | CONSOLE: JSO-LAP44492-M; COPELAND, COURTNEY(72135) |
| 04/11/2022 08:12 | | CONSOLE: JSO-LAP45051-M; KUIPER, BRIAN (67169) |
| 04/11/2022 08:22 | | CONSOLE: JSO-LAP44547-M; REZENDES, ZACHARY(83951) |
| 04/11/2022 08:23 | DRIVER'S LICENSEQUERY EXECUTED | CONSOLE: JSO-LAP45777-M; YATES, LUCRETIA (69909) |
| 04/11/2022 08:24 | | CONSOLE: JSO-LAP44547-M; REZENDES, ZACHARY(83951) |
| 04/11/2022 08:26 | | CONSOLE: JSO-LAP45777-M; YATES, LUCRETIA (69909) |
| 04/11/2022 08:26 | | CONSOLE: JSO-LAP44403-M; LAMPKIN, KARLOUS (63454) |
| 04/11/2022 08:26 | | CONSOLE: JSO-LAP45777-M; YATES, LUCRETIA (69909) |
| 04/11/2022 08:26 | INCIDENT UPDATED: CROSS STREET = 700 CENTERHILL DR W / 600 PARKVIEW DR | CONSOLE: JSO-LAP45777-M; YATES, LUCRETIA (69909) |
| 04/11/2022 08:26 | INCIDENT UPDATED: HIGH CROSSSTREET NUMBER = 700 | CONSOLE: JSO-LAP45777-M; YATES, LUCRETIA (69909) |
| 04/11/2022 08:26 | INCIDENT UPDATED: LOCATION = 3504 ROCKWOOD DR | CONSOLE: JSO-LAP45777-M; YATES, LUCRETIA (69909) |
| 04/11/2022 08:26 | INCIDENT UPDATED: LOW CROSS STREET NUMBER = 600 | CONSOLE: JSO-LAP45777-M; YATES, LUCRETIA (69909) |
| 04/11/2022 08:36 | | CONSOLE: JSO-LAP44403-M; LAMPKIN, KARLOUS (63454) |
| 04/11/2022 08:41 | | CONSOLE: JSO-LAP44137-M; MULHEARN, JASON (81351) |
| 04/11/2022 08:50 | | CONSOLE: JSO-LAP44296-M; BLACKSHEAR, KELSEY(80723) |
| 04/11/2022 08:52 | | CONSOLE: JSO-LAP43049-M; SMITH, JULIUS(82390) |
| 04/11/2022 08:52 | | CONSOLE: JSO-LAP44296-M; BLACKSHEAR, KELSEY(80723) |
| 04/11/2022 08:54 | | CONSOLE: JSO-LAP43049-M; SMITH, JULIUS(82390) |
| 04/11/2022 08:57 | | CONSOLE: JSO-LAP43953-M; BERRY, CHRISTOPHER(69779) |

| Date/Time | Event | Console |
|---|---|---|
| 04/11/2022 09:00 | | CONSOLE: JSO-LAP47574-M; PRINZI, MARTIN(6189) |
| 04/11/2022 09:05 | | CONSOLE: JSO-LAP45347-M; SWEENEY, TYLER (79786) |
| 04/11/2022 09:15 | | CONSOLE: JSO-32B; SMITH-MADISON, JOHNICA (6436) |
| 04/11/2022 09:15 | | CONSOLE: JSO-32B; SMITH-MADISON, JOHNICA (6436) |
| 04/11/2022 09:16 | | CONSOLE: JSO-LAP45051-M; KUIPER, BRIAN (67169) |
| 04/11/2022 09:17 | | CONSOLE: JSO-LAP45757-M; BURKE, PATRICK (81350) |
| 04/11/2022 09:19 | | CONSOLE: JSO-LAP45757-M; BURKE, PATRICK (81350) |
| 04/11/2022 09:51 | | CONSOLE: JSO-LAP44296-M; BLACKSHEAR, KELSEY(80723) |
| 04/11/2022 09:53 | | CONSOLE: JSO-CADADMIN; VAN GORDER, JAMES (6888) |
| 04/11/2022 09:53 | | CONSOLE: JSO-LAP44325-M; ROBINSON, GARRIN (72673) |
| 04/11/2022 10:02 | | CONSOLE: JSO-LAP44287-M; CAVENDER, CASEY (67269) |
| 04/11/2022 10:11 | | CONSOLE: JSO-LAP44924-M; TAYLOR, HEATHER (69744) |
| 04/11/2022 10:31 | PRIMARY UNIT CHANGED FROM [M229] TO [O320] | CONSOLE: JSO-Z5B; BRYAN, AVERY(80814) |
| 04/11/2022 10:31 | PRIMARY UNIT CHANGED FROM [M229] TO [O320] | CONSOLE: JSO-Z5B; BRYAN, AVERY(80814) |
| 04/11/2022 10:33 | | CONSOLE: JSO-LAP44137-M; MULHEARN, JASON (81351) |
| 04/11/2022 10:37 | | CONSOLE: JSO-LAP44296-M; BLACKSHEAR, KELSEY(80723) |
| 04/11/2022 10:37 | UNIT [M121] REMOVED FROM INCIDENT | CONSOLE: JSO-Z5B; BRYAN, AVERY(80814) |
| 04/11/2022 10:37 | UNIT STATUS FOR [M121] CHANGED TO <CL> | CONSOLE: JSO-Z5B; BRYAN, AVERY(80814) |
| 04/11/2022 10:37 | UNIT [M229] REMOVED FROM INCIDENT | CONSOLE: JSO-Z5B; BRYAN, AVERY(80814) |
| 04/11/2022 10:37 | UNIT STATUS FOR [M229] CHANGED TO <CL> | CONSOLE: JSO-Z5B; BRYAN, AVERY(80814) |
| 04/11/2022 10:39 | | CONSOLE: JSO-LAP44810-M; HENDRICKS, LEE (68025) |
| 04/11/2022 10:39 | | CONSOLE: JSO-LAP44547-M; REZENDES, ZACHARY(83951) |
| 04/11/2022 10:39 | DISPOSITION <K> RECORDED FOR [646] | CONSOLE: JSO-LAP45051-M; KUIPER, BRIAN (67169) |
| 04/11/2022 10:39 | DISPOSITION <BC7> RECORDED FOR [646] | CONSOLE: JSO-LAP45051-M; KUIPER, BRIAN (67169) |
| 04/11/2022 10:39 | UNIT [646] REMOVED FROM INCIDENT | CONSOLE: JSO-LAP45051-M; KUIPER, BRIAN (67169) |
| 04/11/2022 10:39 | UNIT STATUS FOR [646] CHANGED TO <CL> | CONSOLE: JSO-LAP45051-M; KUIPER, BRIAN (67169) |
| 04/11/2022 10:40 | | CONSOLE: JSO-Z5B; BRYAN, AVERY(80814) |

| | | |
|---|---|---|
| 04/11/2022 10:49 | | CONSOLE: JSO-LAP45824-M; GRIFFIN, RAFAEL (76077) |
| 04/11/2022 10:54 | | CONSOLE: JSO-LAP44433-M; CROSBY, HAYLEIGH (83438) |
| 04/11/2022 11:23 | | CONSOLE: JSO-LAP44571-M; NAVARRO, KIMBERLY (7130) |
| 04/11/2022 11:31 | | CONSOLE: JSO-LAP44985-M; SIRCAR, ASHISH (7422) |
| 04/11/2022 11:34 | UNIT STATUS FOR [O320] CHANGED TO <AO> | CONSOLE: JSO-Z5B; BRYAN, AVERY(80814) |
| 04/11/2022 11:40 | | CONSOLE: SPCAD01; , (SPPRINZIG) |
| 04/11/2022 11:45 | | CONSOLE: JSO-LAP44296-M; BLACKSHEAR, KELSEY(80723) |
| 04/11/2022 11:48 | | CONSOLE: JSO-LAP44433-M; CROSBY, HAYLEIGH (83438) |
| 04/11/2022 12:05 | | CONSOLE: JSO-LAP45899-M; REESE, DEVAN (78496) |
| 04/11/2022 12:13 | UNIT STATUS FOR [M121] CHANGED TO <NA> | CONSOLE: JSO-LAP45777-M; YATES, LUCRETIA (69909) |
| 04/11/2022 12:13 | | CONSOLE: JSO-LAP45777-M; YATES, LUCRETIA (69909) |
| 04/11/2022 12:17 | DISPOSITION <K> RECORDED FOR [M121] | CONSOLE: JSO-LAP45777-M; YATES, LUCRETIA (69909) |
| 04/11/2022 12:17 | DISPOSITION <BC7> RECORDED FOR [M121] | CONSOLE: JSO-LAP45777-M; YATES, LUCRETIA (69909) |
| 04/11/2022 12:17 | UNIT [M121] REMOVED FROM INCIDENT | CONSOLE: JSO-LAP45777-M; YATES, LUCRETIA (69909) |
| 04/11/2022 12:17 | UNIT STATUS FOR [M121] CHANGED TO <CL> | CONSOLE: JSO-LAP45777-M; YATES, LUCRETIA (69909) |
| 04/11/2022 12:19 | | CONSOLE: JSO-Z5B; BRYAN, AVERY(80814) |
| 04/11/2022 12:20 | | CONSOLE: JSO-19B; LIEB, MADISON(85001) |
| 04/11/2022 12:21 | | CONSOLE: JSO-19B; LIEB, MADISON(85001) |
| 04/11/2022 12:21 | | CONSOLE: JSO-19B; LIEB, MADISON(85001) |
| 04/11/2022 12:35 | DISPOSITION <RTR> RECORDED FOR [186] | CONSOLE: JSO-LAP44985-M; SIRCAR, ASHISH (7422) |
| 04/11/2022 12:35 | UNIT [186] REMOVED FROM INCIDENT | CONSOLE: JSO-LAP44985-M; SIRCAR, ASHISH (7422) |
| 04/11/2022 12:35 | UNIT STATUS FOR [186] CHANGED TO <CL> | CONSOLE: JSO-LAP44985-M; SIRCAR, ASHISH (7422) |
| 04/11/2022 12:36 | | CONSOLE: JSO-Z5B; CHAFFIN, THEBAUT(79590) |
| 04/11/2022 12:40 | | CONSOLE: JSO-LAP44985-M; SIRCAR, ASHISH (7422) |
| 04/11/2022 12:43 | | CONSOLE: JSO-Z5B; CHAFFIN, THEBAUT(79590) |
| 04/11/2022 12:43 | UNIT STATUS FOR [M319] CHANGED TO <AO> | CONSOLE: JSO-LAP44403-M; LAMPKIN, KARLOUS (63454) |
| 04/11/2022 12:43 | COMMENTS: OCCUPATIONAL HEALTH (JSO/M319) | CONSOLE: JSO-LAP44403-M; LAMPKIN, KARLOUS (63454) |

| | | |
|---|---|---|
| 04/11/2022 12:44 | | CONSOLE: JSO-LAP44403-M; LAMPKIN, KARLOUS (63454) |
| 04/11/2022 12:44 | | CONSOLE: JSO-LAP43985-M; BURFORD, KENDALL (66783) |
| 04/11/2022 12:48 | | CONSOLE: JSO-LAP44985-M; SIRCAR, ASHISH (7422) |
| 04/11/2022 12:49 | | CONSOLE: JSO-Z5B; CHAFFIN, THEBAUT(79590) |
| 04/11/2022 12:53 | UNIT STATUS FOR [M229] CHANGED TO <NA> | CONSOLE: JSO-LAP44296-M; BLACKSHEAR, KELSEY(80723) |
| 04/11/2022 12:54 | | CONSOLE: JSO-LAP44296-M; BLACKSHEAR, KELSEY(80723) |
| 04/11/2022 12:54 | DISPOSITION <K> RECORDED FOR [M229] | CONSOLE: JSO-LAP44296-M; BLACKSHEAR, KELSEY(80723) |
| 04/11/2022 12:54 | DISPOSITION <BC7> RECORDED FOR [M229] | CONSOLE: JSO-LAP44296-M; BLACKSHEAR, KELSEY(80723) |
| 04/11/2022 12:54 | UNIT [M229] REMOVED FROM INCIDENT | CONSOLE: JSO-LAP44296-M; BLACKSHEAR, KELSEY(80723) |
| 04/11/2022 12:54 | UNIT STATUS FOR [M229] CHANGED TO <CL> | CONSOLE: JSO-LAP44296-M; BLACKSHEAR, KELSEY(80723) |
| 04/11/2022 12:56 | | CONSOLE: JSO-Z5B; CHAFFIN, THEBAUT(79590) |
| 04/11/2022 13:05 | | CONSOLE: JSO-LAP44433-M; CROSBY, HAYLEIGH (83438) |
| 04/11/2022 13:06 | | CONSOLE: JSO-LAP44433-M; CROSBY, HAYLEIGH (83438) |
| 04/11/2022 13:16 | | CONSOLE: JSO-Z5B; CHAFFIN, THEBAUT(79590) |
| 04/11/2022 13:18 | | CONSOLE: JSO-LAP45881-M; SNYDER, KENNETH (7756) |
| 04/11/2022 13:30 | DISPOSITION <L> RECORDED FOR [632] | CONSOLE: JSO-LAP45216-M; CREWS, RANDALL (5239) |
| 04/11/2022 13:30 | DISPOSITION <BC5> RECORDED FOR [632] | CONSOLE: JSO-LAP45216-M; CREWS, RANDALL (5239) |
| 04/11/2022 13:30 | UNIT [632] REMOVED FROM INCIDENT | CONSOLE: JSO-LAP45216-M; CREWS, RANDALL (5239) |
| 04/11/2022 13:30 | UNIT STATUS FOR [632] CHANGED TO <CL> | CONSOLE: JSO-LAP45216-M; CREWS, RANDALL (5239) |
| 04/11/2022 13:30 | | CONSOLE: JSO-Z5B; CHAFFIN, THEBAUT(79590) |
| 04/11/2022 13:41 | | CONSOLE: JSO-LAP45824-M; GRIFFIN, RAFAEL (76077) |
| 04/11/2022 13:42 | | CONSOLE: JSO-LAP43985-M; BURFORD, KENDALL (66783) |
| 04/11/2022 13:52 | | CONSOLE: JSO-LAP45051-M; KUIPER, BRIAN (67169) |
| 04/11/2022 13:58 | | CONSOLE: JSO-LAP44900-M; ALSTON, ANDRE (61230) |
| 04/11/2022 14:01 | | CONSOLE: JSO-LAP47574-M; PRINZI, MARTIN(6189) |
| 04/11/2022 15:01 | | CONSOLE: JSO-LAP44816-M; HARTSFIELD, DURRELL(72403) |

| 04/11/2022 15:24 | | CONSOLE: JSO-LAP44438-M; GREGERSON, TIMOTHY(76916) |
|---|---|---|
| 04/11/2022 15:25 | UNIT [O320] REMOVED FROM INCIDENT | CONSOLE: JSO-Z5B; CHAFFIN, THEBAUT(79590) |
| 04/11/2022 15:25 | UNIT STATUS FOR [O320] CHANGED TO <CL> | CONSOLE: JSO-Z5B; CHAFFIN, THEBAUT(79590) |
| 04/11/2022 16:04 | | CONSOLE: JSO-LAP44985-M; SIRCAR, ASHISH (7422) |
| 04/11/2022 16:15 | | CONSOLE: JSO-LAP44378-M; SAKKAB, DANIEL (82003) |
| 04/11/2022 16:19 | | CONSOLE: JSO-LAP47574-M; PRINZI, MARTIN(6189) |
| 04/11/2022 16:36 | DISPOSITION <BC7> RECORDED FOR [M319] | CONSOLE: JSO-LAP44403-M; LAMPKIN, KARLOUS (63454) |
| 04/11/2022 16:36 | DISPOSITION <K> RECORDED FOR [M319] | CONSOLE: JSO-LAP44403-M; LAMPKIN, KARLOUS (63454) |
| 04/11/2022 16:36 | UNIT [M319] REMOVED FROM INCIDENT | CONSOLE: JSO-LAP44403-M; LAMPKIN, KARLOUS (63454) |
| 04/11/2022 16:36 | UNIT STATUS FOR [M319] CHANGED TO <CL> | CONSOLE: JSO-LAP44403-M; LAMPKIN, KARLOUS (63454) |
| 04/11/2022 16:36 | INCIDENT STATUS: STACKED | CONSOLE: JSO-LAP44403-M; LAMPKIN, KARLOUS (63454) |
| 04/11/2022 16:38 | | CONSOLE: JSO-Z5B; CHAFFIN, THEBAUT(79590) |
| 04/11/2022 16:44 | | CONSOLE: JSO-LAP44296-M; BLACKSHEAR, KELSEY(80723) |
| 04/11/2022 16:44 | INCIDENT STATUS: ACTIVE | CONSOLE: JSO-LAP43985-M; BURFORD, KENDALL (66783) |
| 04/11/2022 16:44 | UNIT STATUS FOR [O320] CHANGED TO <NA> | CONSOLE: JSO-LAP43985-M; BURFORD, KENDALL (66783) |
| 04/11/2022 16:44 | UNIT STATUS FOR [O320] CHANGED TO <EN> (LOCATION: 3504 ROCKWOOD DR) | CONSOLE: JSO-LAP43985-M; BURFORD, KENDALL (66783) |
| 04/11/2022 16:44 | | CONSOLE: JSO-LAP44296-M; BLACKSHEAR, KELSEY(80723) |
| 04/11/2022 16:44 | | CONSOLE: JSO-LAP43985-M; BURFORD, KENDALL (66783) |
| 04/11/2022 16:45 | DISPOSITION <1> RECORDED FOR [O320] | CONSOLE: JSO-LAP43985-M; BURFORD, KENDALL (66783) |
| 04/11/2022 16:45 | DISPOSITION <BC5> RECORDED FOR [O320] | CONSOLE: JSO-LAP43985-M; BURFORD, KENDALL (66783) |
| 04/11/2022 16:45 | UNIT [O320] REMOVED FROM INCIDENT | CONSOLE: JSO-LAP43985-M; BURFORD, KENDALL (66783) |
| 04/11/2022 16:45 | UNIT STATUS FOR [O320] CHANGED TO <CL> | CONSOLE: JSO-LAP43985-M; BURFORD, KENDALL (66783) |
| 04/11/2022 16:45 | INCIDENT CLOSED | CONSOLE: JSO-LAP43985-M; BURFORD, KENDALL (66783) |
| 04/14/2022 04:25 | | CONSOLE: JSO-LAP45978-M; MUNOZ, ISAIAH (78484) |
| 04/15/2022 11:54 | | CONSOLE: JSO-LAP44905-M; HILL, JOANNA(75349) |
| 05/04/2022 08:22 | | CONSOLE: JSO-LAP44403-M; LAMPKIN, KARLOUS (63454) |

| 05/05/2022 14:46 | | CONSOLE: JSO-LAP44378-M; SAKKAB, DANIEL (82003) |
| 05/05/2022 14:46 | | CONSOLE: JSO-LAP44378-M; SAKKAB, DANIEL (82003) |
| 05/12/2022 07:50 | | CONSOLE: JSO-53; ROBINSON, SAMMATHA(80957) |
| 05/16/2022 12:45 | | CONSOLE: JSO-53; ROBINSON, SAMMATHA(80957) |
| 05/17/2022 05:38 | | CONSOLE: JSO-53; ROBINSON, SAMMATHA(80957) |
| 05/17/2022 06:10 | | CONSOLE: JSO-53; ROBINSON, SAMMATHA(80957) |
| 05/17/2022 06:14 | | CONSOLE: JSO-53; ROBINSON, SAMMATHA(80957) |

| UNITS ASSIGNED | | | | | | |
|---|---|---|---|---|---|---|
| Officer ID | Officer Name | Unit ID | Dispatched | Arrived | Closed | Total Minutes |
| 69909 | YATES, LUCRETIA T | M121 | 07:24:00 | 07:31:43 | 12:17:33 | 293 |
| 80723 | PITTMAN, KELSEY C | M229 | 07:24:00 | 07:31:14 | 12:54:23 | 330 |
| 63454 | LAMPKIN, KARLOUS D | M319 | 06:23:44 | 06:48:58 | 16:36:37 | 612 |
| 6189 | PRINZI, MARTIN A | O226 | 07:36:56 | 07:41:44 | 07:56:51 | 19 |
| 7130 | NAVARRO, KIMBERLY A | O315 | 07:36:48 | 07:44:31 | 07:57:10 | 20 |
| 66783 | BURFORD, KENDALL E | O320 | 07:36:48 | 07:41:44 | 16:45:44 | 548 |
| 5239 | CREWS, RANDALL L | 632 | 07:24:00 | 07:49:07 | 13:30:41 | 366 |
| 67169 | KUIPER, BRIAN J | 646 | 07:31:33 | 07:31:33 | 10:39:44 | 188 |
| 7422 | SIRCAR, ASHISH | 186 | 07:26:01 | 07:46:23 | 12:35:47 | 309 |

| ASSOCIATED CCR NUMBERS |
|---|
| 202200209485, 202200209519, 202200210058 |

# EXHIBIT B

**(BWC - AXON_Body_2_Video_2022-04-11_0650
on thumbdrive hand delivered to Clerk)**

# EXHIBIT C

**(BWC - AXON_Body_2_Video_2022-04-11_0718
on thumbdrive hand delivered to Clerk)**