UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
(Jacksonville Division)

CASE NO. 3:24-CV-01358-MMH-SJH

KIMBERLY BARUS,

       Plaintiff,

v.

THE CITY OF JACKSONVILLE, FLORIDA,
et al.,

       Defendants.

_____/

**NOTICE OF FILING EXHIBITS TO
PLAINTIFF'S DISPOSITIVE MOTION FOR SUMMARY JUDGMENT
AND MEMORANDUM OF LAW IN SUPPORT**

Plaintiff hereby gives notice of filing Exhibits 1 through 12 to Plaintiff's

Motion for Summary Judgment and Memorandum of Law in Support.[1]

RESPECTFULLY SUBMITTED,

/s/ Denese Venza                /s/ Marcy I. LaHart

Denese Venza Esq.            Marcy I. LaHart, Esq.
Florida Bar No. 599220         Florida Bar No. 0967009
Email: dvenza@venzalawpllc.com   Email: marcy@floridaanimallawyer.com

VENZA LAW, PLLC            MARCY I. LAHART, PLLC
12161 Mercado Drive, #227     861 S. 40th Street
Venice Beach, FL 34293        Tacoma, WA 98418
Office: (561) 596-6329         Office: (352) 224-5699/Fax: (888) 400-1464
*Counsel for Plaintiff*          *Counsel for Plaintiff*

---

[1] "Flattening" issues with unspecified documents stymied contemporaneous filing.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on 2nd day of June 2026, a true and correct copy of the foregoing **PLAINTIFF'S NOTICE OF FILING EXHIBITS TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM OF LAW IN SUPPORT** has been furnished via CM/ECF electronic mail service to the Clerk of the Court and to counsel for Defendants.

BY: *s/Denese Venza*

Denese Venza, Esq./FBN 599220