EP Logo

(904) 425-0005
EveryPet@info.org
http://EveryPet.org

## Client Information

Kimberly Barus
3504 Rockwood Dr
Jacksonville, FL 32254
(828) 310-4810

## Patient Information

| | | |
|---|---|---|
| **Name:** Lucy | **Sex:**Female Spayed | **DOB:**NONE |
| **ID:** 135081B | **Color:**Black/White | **Age:**DOB not provided |
| | **Species:** CANINE | **Weight:** 0 |
| | **Breed:** GREAT DANE MIX | **Microchip:** NONE |

## Reminders

| Description | Due Date |
|---|---|
| City License Due | 4/2/2022 |
| Rabies Vaccine | 4/3/2022 |

**Medical Chart from 3/4/2021 - 11/13/2025**

Service on 4/3/2021

| | | | |
|---|---|---|---|
| **4/3/2021 12:00 AM** | **Procedure** | Vaccine - Rabies 1 year (sx) N/C | ZZZ Kimberly ZZZ Niessen, D.V.M. |
| **4/3/2021 12:00 AM** | **Procedure** | Canine Ovariohysterectomy Surgery | ZZZ Kimberly ZZZ Niessen, D.V.M. |
| **4/3/2021 12:00 AM** | **Procedure** | SpayJax DS<75 Kit | ZZZ Kimberly ZZZ Niessen, D.V.M. |
| **4/3/2021 12:00 AM** | **Procedure** | Spay Jax Dog Spay <75lb | ZZZ Kimberly ZZZ Niessen, D.V.M. |
| **4/3/2021 12:00 AM** | **Procedure** | Spay Jax 2 of 6 | ZZZ Kimberly ZZZ Niessen, D.V.M. |
| **4/3/2021 12:00 AM** | **Procedure** | Injection - Pen G, N/C | ZZZ Kimberly ZZZ Niessen, D.V.M. |
| **4/3/2021 12:00 AM** | **Procedure** | City License- Jacksonville | ZZZ Kimberly ZZZ Niessen, D.V.M. |
| **4/3/2021  12:00 AM** | Note | History Note | ZZZ Kimberly ZZZ Niessen, D.V.M. |

Vaccine - Rabies 1 year (sx) N/C

Your pet has received a rabies vaccine today.  The next booster is due in 1 year.

**4/3/2021  12:00 AM**     Note          History Note

Rabies Certificate

Rabies Certificate

**4/3/2021  12:00 AM**     Note          History Note

Rabies Certificate

Rabies Certificate