CONSOLIDATED CITY OF JACKSONVILLE
**OFFICE OF THE SHERIFF**

## INFORMATION BULLETIN 2015-001

January 6, 2015

### SUBJECT: MANDATORY ROLL CALL TRAINING
**Patrol Response When Responding to Vehicle Fires-** *All Sworn and Reserves*
**Bear Safety and Response-** *All Sworn and Reserves*
**Police & Dog Encounters-** *All Sworn and Reserves*
**Below 100-** *All Personnel*

For the month of January, the Academy is pleased to announce four training sessions. Three of the training sessions are PowerPoint presentations. The PowerPoint presentations can be viewed at the following: Link

The training sessions for the month of January include the following:

**Patrol Response When Responding to Vehicle Fires**
    *PowerPoint- 30 minutes*
**Bear Safety and Response**
    *PowerPoint- 10 minutes*
**Below 100**
    *PowerPoint- 10 minutes*

The remaining training session is a video that discusses how to safely deal with canines when responding to police calls for service. The training is broken into five short video sessions that were developed by the National Canine Research Council and Safe Humane Chicago. It was distributed with the permission of the US Department of Justice. DVDs containing the video session have been distributed to the various units and zones within the agency. One video session will be assigned per month through May:

**Police & Dog Encounters (1 of 5) -** *Video- 15 minutes*

Watch Commanders and Unit Supervisors shall ensure that all personnel under their command receive the required training sessions in their entirety during the month of January. At the conclusion of the training sessions, Watch Commanders and Unit Supervisors will document completion of training by having their Unit Training Coordinator update the officers' status in the appropriate ACADIS class.

*For more information regarding the training session, contact the Academy 713-4900.*

*Chief R F Conn*

**Chief Connor of Professional Standards**


PLAINTIFF'S EXHIBIT
3
4|3|26 OMT

CONSOLIDATED CITY OF JACKSONVILLE
## OFFICE OF THE SHERIFF

# INFORMATION BULLETIN 2015-014

January 30, 2014

## SUBJECT: MANDATORY ROLL CALL TRAINING

- **Police & Dog Encounters Video Series (part 2 of 5)- All Sworn and Reserves**
- **Autism Training for Law Enforcement (JSO Presentation)- All Sworn and Reserves**
- **Photo Spread Training (JSO Presentation)- All Sworn and Reserves**
- **Standards for Photographic or Live Lineups in Eyewitness Identification (FDLE Online Course)- All Sworn and Reserves**

For the month of February, the Academy is pleased to announce four training sessions. Two of the training sessions are PowerPoint presentations that can be found on the Academy's website: http://the.jaxsheriff.net/personnel/academy/Pages/home.aspx#

The third course is the second video in the series regarding police and canine encounters. Discs containing the videos were provided to the Zones and other areas of the agency during the month of January. Additional discs can be obtained from the Academy or FTO Office.

> *Watch Commanders and Unit Supervisors will document completion of training by having their Unit Training Coordinator update the officers' status in the appropriate ACADIS class.*

The remaining session is an online FDLE course regarding Standards for Photographic or Live Lineups to support the JSO presentation officers will take. Specific instructions for this session can be found on the same website, if needed. The FDLE course can be found at the following link:

**Note: Officers taking the FDLE course should receive prior supervisor approval as the course can take up to one hour.** Additionally, officers should be at a safe location where they have a desktop computer or Wi-Fi access for their laptop.

Once officers have successfully completed the course and test, please do the following for documentation purposes:

- Print your certificate with your name and ID number legibly written on it and inform your supervisor of completion
- ***Officers should retain their certificate of completion for their own records***
- Supervisors will verify successful course completion
- Supervisors will notify the Unit Training Coordinators (UTC) of course completion and ensure that UTCs make proper ACADIS entry for their personnel

*Note: At the end of the training period (Feb 28th) an Acadis roster will become part of Roll Call Training's class file. It is imperative that all steps of this process be conducted in a timely manner to ensure proper credit for coursework is given.*

*For more information regarding the training sessions, contact the Academy 713-4900.*

*CHIEF R. F. Conn*

**Chief Connor of Professional Standards**

CONSOLIDATED CITY OF JACKSONVILLE
## OFFICE OF THE SHERIFF

# INFORMATION BULLETIN 2015-028

February 24, 2015

## SUBJECT:  MANDATORY ROLL CALL TRAINING
- **Ethics-** *Everyone*
- **All Hazards Plan-** *All Sworn, Corrections, and Reserves*

For the month of March, the Academy is pleased to announce three training sessions. Two of the training sessions are PowerPoint presentations. The PowerPoint presentations can be viewed at the following: Link

The training sessions for the month of March include the following:

> **Ethics**
> > *PowerPoint- 20 minutes*
>
> **All Hazards Plan**
> > *PowerPoint- 25 minutes*

The remaining training session is the third video in the series discussing police and canine encounters. Discs containing the videos were provided to the Zones and other areas of the agency during the month of January. Additional discs can be obtained from the Academy or FTO Office.

> **Police & Dog Encounters (3 of 5)** *-Video- 15 minutes*

Watch Commanders and Unit Supervisors shall ensure that all personnel under their command receive the required training sessions in their entirety during the month of March. At the conclusion of the training sessions, Watch Commanders and Unit Supervisors will document completion of training by having their Unit Training Coordinator update the officers' status in the appropriate ACADIS class.

*For more information regarding the training session, contact the Academy 713-4900.*

*Chief R F Conn*

**Chief Connor of Professional Standards**

CONSOLIDATED CITY OF JACKSONVILLE
## OFFICE OF THE SHERIFF

# INFORMATION BULLETIN 2015-038

April 6, 2015

## SUBJECT: MANDATORY ROLL CALL TRAINING

- **Recognizing Those Who are Potentially Suicidal- All Sworn, Reserves, and Correctional Officers**
- **Police & Dog Encounters Video Series (part 4 of 5)- All Sworn and Reserves**
- **Use and Control of Confidential Informants: A Patrol Officer's Primer (Rachel's Law)- All Sworn and Reserves**

For the month of April, the Academy is pleased to present three mandatory training sessions. One of the sessions is a Power Point presentation on dealing with individuals who have a mental illness. The PowerPoint presentation can be viewed at the following link:

The second session is the fourth video in the series regarding police and canine encounters. Discs containing the videos made their way to the Zones and other areas of the agency during the month of January. Additional discs can be obtained from the Academy or FTO Office.

> *Watch Commanders and Unit Supervisors will document completion of training by having their Unit Training Coordinator update the officers' status in the appropriate ACADIS class. \*Note: For COs, this is Ofc Hayden in the Training Unit.*

The remaining session is an online FDLE course titled, "Use and Control of Confidential Informants: A Patrol Officer's Primer (Rachel's Law)". The FDLE course can be found at the following link:

Specific instructions for the session can be found on the same website, if needed. *Officers taking the FDLE course should receive prior supervisor approval as the course may take up to two hours.* Additionally, officers should be at a safe location where they have a desktop computer or Wi-Fi access for their laptop.

Once officers successfully complete the course and its test, please do the following for agency documentation purposes:

- Print your certificate with your name and ID number legibly written on it and inform your supervisor of completion
- *Officers should retain their certificate of completion for their own records*
- Supervisors will verify successful course completion
- Supervisors will then notify the Unit Training Coordinators (UTC) of course completion and ensure that UTCs make proper ACADIS entry for their personnel

*Note: At the end of the training period (Apr 30th) an Acadis roster will become part of Roll Call Training's class file. It is imperative that all steps of this process be conducted in a timely manner to ensure proper credit for coursework is given.*

CONSOLIDATED CITY OF JACKSONVILLE
**OFFICE OF THE SHERIFF**

# INFORMATION BULLETIN 2015-045

April 30, 2015

## SUBJECT:  MANDATORY ROLL CALL TRAINING

- **Criminal Intelligence/SAR- All Sworn, Reserves, and Correctional Officers**
- **Police & Dog Encounters Video Series (part 5 of 5)- All Sworn and Reserves**
- **Heat Illnesses for Officers- All Sworn, Reserves, and Correctional Officers**

For the month of May, the Academy is pleased to present three mandatory training sessions. Two of the sessions are Power Point presentations on a review of the Suspicious Activity Report (SAR) and a review of recognizing and preventing heat illnesses for officers. The PowerPoint presentations can be viewed at the following: LINK

The third session is the fifth and final video in the series regarding police and canine encounters. Discs containing the videos made their way to the Zones and other areas of the agency during the month of January. Additional discs can be obtained from the Academy or FTO Office.

*Watch Commanders and Unit Supervisors will document completion of training by having their Unit Training Coordinator update the officers' status in the appropriate ACADIS class. **Note: For COs, this is Ofc Hayden in the Training Unit.***

For more information regarding the training sessions, contact the Academy 713-4900.

*Chief R F Conn*

**Chief Connor of Professional Standards**

*For more information regarding the training sessions, contact the Academy 713-4900.*

Chief Connor of Professional Standards