Firearm RTR Reports Against Animals
2012-2022

| cmnIncidentNbr | InvolvedPartyType | OtherName |
|---|---|---|
| 201200008931 | OTHER | DOBERMAN PINCER |
| 201200008931 | OTHER | DOBERMAN PINSCHER |
| 201200013818 | OTHER | PIT BULL DOG |
| 201200013818 | OTHER | PITBULL DOG |
| 201200014073 | OTHER | PITBULL DOG |
| 201200014073 | OTHER | PIT BULL DOG |
| 201200104383 | OTHER | ANIMAL |
| 201200189164 | OTHER | DOG |
| 201200262926 | OTHER | EBONY |
| 201200262926 | OTHER | EBONY (PIT BULL) |
| 201200265535 | OTHER | PITBULL DOG |
| 201200290600 | OTHER | PIT BULL -DOG- "DUKE" |
| 201200387136 | OTHER | PITBULL DOG |
| 201200431006 | OTHER | PIT BULL |
| 201200431006 | OTHER | PIT BULL MIX DOG |
| 201200431006 | OTHER | PIT BULL MIX DOG |
| 201200431006 | OTHER | PITBULL |
| 201200639367 | OTHER | PIT LAB MIX DOG |
| 201200641821 | OTHER | BLACK PIT BULL DOG |
| 201200714178 | OTHER | BLACK AND WHITE PIT BULL DOG |
| 201200762264 | OTHER | DEER |
| 201200768892 | OTHER | DOG |
| 201200768892 | OTHER | DOG |
| 201200805854 | OTHER | OLIVER |
| 201300291173 | OTHER | PIT BULL TERRIER DOG |
| 201300291173 | OTHER | PIT BULL TERRIER DOG |
| 201300291173 | OTHER | SMALLER PIT BULL TERRIER DOG |
| 201300291173 | OTHER | SMALLER PIT BULL TERRIER DOG |
| 201300317865 | OTHER | DOG |
| 201300396396 | OTHER | BROWN PIT BULL DOG |
| 201300469898 | OTHER | RACOON |
| 201300469898 | OTHER | RACCOON |
| 201300541298 | OTHER | CANINE |
| 201300541298 | OTHER | PIT BULL |
| 201300542929 | OTHER | PITBULL DOG |
| 201300798839 | OTHER | DOG |
| 201400226047 | PERSON | DOG |
| 201400244566 | OTHER | DOG |
| 201400244566 | OTHER | AMERICAN PIT BULL TERRIER |
| 201400353765 | OTHER | AMERICAN PIT BULL TERRIER |
| 201400502239 | OTHER | DOG |
| 201400514946 | OTHER | PIT BULL |
| 201400514946 | OTHER | CANINE (PIT BULL) |
| 201400517676 | OTHER | CANINE (PIT BULL) |
| 201400519113 | OTHER | ROTTWEILLER / DINGO MIXED BREED |
| 201400519113 | OTHER | PITBULL DOG |
| 201400893516 | OTHER | DOGS |
| 201500204493 | OTHER | AMERICAN BULLDOG |
| 201500233480 | OTHER | PIT BULL |

Firearm RTR Reports Against Animals
2012-2022

| cmnIncidentNbr | InvolvedPartyType | OtherName |
|---|---|---|
| 201500239066 | OTHER | DOG |
| 201500362291 | OTHER | DOG |
| 201500548873 | OTHER | BROWN DOG |
| 201500573806 | OTHER | PIT BULL |
| 201500658221 | OTHER | DOG |
| 201500717477 | OTHER | ANIMAL |
| 201500828780 | OTHER | AMERICAN PIT BULL MIX |
| 201500828780 | OTHER | DOG |
| 201500833533 | OTHER | DOG |
| 201500833533 | OTHER | AMERICAN PIT BULL MIX (BROWN WITH WHITE SPOTS) |
| 201600200999 | OTHER | AMERICAN PIT BULL MIX (BROWN WITH WHITE SPOTS) |
| 201600269595 | OTHER | DOG |
| 201600462305 | OTHER | DOG |
| 201600489527 | OTHER | PITBULL TYPE DOG |
| 201600593465 | OTHER | DOG |
| 201600645771 | OTHER | DOG |
| 201700090173 | OTHER | AMERICAN PIT BULL TERRIER |
| 201700096891 | OTHER | PITBULL |
| 201700205950 | OTHER | AMERICAN STAFFORDSHIRE TERRIER |
| 201700311490 | OTHER | BROWN DOG |
| 201700330476 | OTHER | ANIMAL (RACCOON) |
| 201700498504 | OTHER | PITBULL |
| 201700537436 | OTHER | ANIMAL |
| 201700547676 | OTHER | DOG |
| 201700551897 | OTHER | DOG |
| 201700571311 | OTHER | AMERICAN PIT BULL MIX (BROWN, APPROXIMATELY 3 YEARS OLD) |
| 201700679872 | OTHER | DOG |
| 201700682705 | OTHER | BLACK AND YELLOW PIT BULL MIX |
| 201800196355 | OTHER | PIT BULL |
| 201800321931 | OTHER | LARGE PIT BULL DOG |
| 201800321931 | OTHER | KANE (CANINE) |
| 201800331406 | OTHER | KANE (CANINE) |
| 201800360467 | OTHER | PIT BULL DOG |
| 201800436738 | OTHER | AGGRESSIVE DOG |
| 201800508466 | OTHER | DOG (PIT BULL MIX) |
| 201800667448 | OTHER | DOG (PIT BULL MIX) |
| 201800866225 | OTHER | DOG |
| 201900389312 | OTHER | ANIMAL (DOG) |
| 201900487241 | OTHER | DOG |
| 201900545069 | OTHER | GERMEN SHEPHERD DOG NAMED ROSE (1.5 YEARS OF AGE) |
| 201900730170 | PERSON | ANIMAL |
| 201900801546 | OTHER | DOG |
| 202000025415 | DOG | PIT BULL TERRIER |
| 202000227130 | DOG | GERMAN SHEPHERD |
| 202000233136 | DOG | PIT BULL TERRIER |
| 202000388063 | DOG | PIT BULL TERRIER |
| 202000394872 | DOG | UNKNOWN |
| 202000466615 | DOG | PIT BULL TERRIER |
| 202000466615 | DOG | UNKNOWN |

Firearm RTR Reports Against Animals
2012-2022

| cmnIncidentNbr | InvolvedPartyType | OtherName |
|---|---|---|
| 202000497457 | DOG | BULLMASTIFF |
| 202000532811 | DOG | STAFFORDSHIRE BILLS |
| 202000611714 | DOG | PIT BULL TERRIER |
| 202100398864 | DOG | PIT BULL TERRIER |
| 202100438569 | DOG | OTHER |
| 202100483509 | DOG | GERMAN SHEPHERD |
| 202100578522 | OTHER | NULL |
| 202200028765 | DOG | UNKNOWN |
| 202200097230 | DOG | PIT BULL TERRIER |
| 202200134361 | DOG | BELGIAN TERVURENS |
| 202200209485 | DOG | UNKNOWN |
| 202200277424 | DOG | BULL |
| 202200491035 | DOG | PIT BULL TERRIER |
| 202200609152 | DOG | PIT BULL TERRIER |
| 202200671134 | DOG | PIT BULL TERRIER |
| 202200690257 | DOG | PIT BULL TERRIER |