## Activity Card with Owner

—04/11/2022

On 4/11/22 at 0941 hours I called and spoke with Seargant Crews [119.071(4)(d)2 F.S.] with JSO. He informed me that one of his officers responded to a call concerning a boy on top of a car due to a loose dog.

When the officer arrived, the boy and dog were gone. Crews informed me that the dog owner wanted to show that the dog was nice so she let the dog out and thats when the dog bit Officer Lampkin twice which led to him shooting/killing the dog.

I then received a call from Officer Lampkin. He informed me that he met with the dog owner, a woman Kimberly Barus, and he asked to see the dog. She then opened the gate to the where the dogs were. A black and white dog then came out with her head down and wagging tail, still on the property. He beant down to pet her and she bit his finger and then the back of his calf. He then shot her near her hip and she died.

I asked for Officer Lampkin to text me photos of his bite, which he did. Both bites are mild.

I then called and spoke to the dog owner Kimberly Barus. She informed me that she came outside this morning to see a boy on top of her vehicle. She told him to get down and he said a dog was chasing him. She informed me that her gate was open but all dogs were on the property. She then closed the gate.

She informed me that the police then showed up and requested to see the dog so she let the dog "Lucy" out. The officer then shot the dog four times.

I asked Barus if Lucy is current on the rabies vaccine, she informed me yes through FCNMHP. I called FCNMHP and confirmed.

I informed Barus that I will be creating a bite report that will be sent to DCHD. I also informed her that she needs to call DCHD on the next steps to take with Lucy since she bit.

I created/emailed DCHD the bite report.

I also emailed JSOBodyCam@jaxsheriff.org requesting the officers body cam footage of the incident.

S. Duren #305
Animal Code Enforcement Officer


Supplemental Note: In addition to my notes speaking with Seargant Crews he asked numerous times for me to come out and issue a citation. I informed Crews that I could handle the call without responding on scene and I would not be able to issue any citations until I completed my investigation.


S. Duren #305
Animal Code Enforcement officer

—04/11/2022

JSO Sgt. Crew requesting a call. Officer bitten. Only info provided was that an officer was bitten and they were at Rockwood Drive & Parkview Drive.

—04/12/2022

On 4/12/22 at 0927 hours I returned a missed call from Jonathan. He was inquiring about when I was picking up the dog. I informed him that I never informed Kimberly that I was picking up the dog. I informed him that since the dog is owned, it's their responsibility to contact DCHD. He informed me he would call.


S. Duren #305
Animal Code Enforcement officer
—04/12/2022