JAX_DCS

Case Id: 22-0209409

Call Id: 151106

Description: K. Lampkin

Description: 19





Image Id: 19674204

**PLAINTIFF'S
EXHIBIT**

7

4/3/26 OMT