## Activity Card with Owner

### IMAGES





