

| | |
|---|---|
| **Jacksonville Sheriff's Office**<br>**Incident (Information)**<br><br>**2022-0209409** | **Sheriff Mike Williams** |

## Route To
Groups:
People:

## Incident Information

**Incident Location**

**3504 ROCKWOOD DR**
**JACKSONVILLE, FL 32254**
Sub-sector: **M2**   TAZ: **244**
Location Type:   **RESIDENCE-SINGLE FAMILY**
Primary Weapon Used:  **NOT APPLICABLE (NONE)**
School Name:
Incident Occurred:  **Inside Location**  Incident Occurred In the Parking Lot at this Location?: **NO**

Day/Date/Time Reported:    **Monday, 04/11/2022 13:31**
Day/Date/Time Incident From: **Monday, 04/11/2022 06:15**  To:  **Monday, 04/11/2022 06:22**
Is this a Corrections Information Report?: **NO**

School Number:

**Miscellaneous**

Drug Activity:   **NOT APPLICABLE**      Drug Type:   **NOT APPLICABLE**

# of Reasons: **1**
# of Victims: **0**
# of Suspects: **0**

MCI Case:    **NO**           Follow-up By:
Was Hate Crime Involved? **NO**   Dating Violence Involved?:  **NO**   Is Offense(s) Related to Domestic Violence?: **NO**
If not Domestic Violence, Is it Domestic Related?: **NO**   Any Children under 18 Involved as a Victim?: **NO**

## Report Reason

**#1    INFORMATION**

## Witness/Complainant #1 - ELLINGTON, MALENE

Type:  **COMPLAINANT**
Did witness invoke right to prevent the disclosure of personal info (Marsy's Law)?: **NO**

**Demographics**
Race: **BLACK**        Sex: **FEMALE**      Date of Birth: **11/21/1979**
Ethnicity:
Age: **42**

**Contact Information**
Home Phone #:            Bus. Phone #:                Ext.:              Alt. Phone #:
Cell Phone #: ▉▉▉▉     Cell Phone Provider:
Email Address:

**Home Address**            **Mailing Address**
**717 CENTERHILL DR W**
**JACKSONVILLE, FL 32254**
Sub-sector: **M2**   TAZ: **244**

**Employment/School**
Employer:                Occupation:
School Last Attended:

## Witness/Complainant #2 - ELLINGTON, JAIVON

Type:  **POTENTIAL VICTIM**
Did witness invoke right to prevent the disclosure of personal info (Marsy's Law)?: **YES**

**Demographics**
Race: **BLACK**        Sex: **MALE**       Date of Birth: ▉▉▉▉
Ethnicity: **NOT OF HISPANIC ORIGIN**
Age: **15**

**Contact Information**
Home Phone #:            Bus. Phone #:                Ext.:              Alt. Phone #:
Cell Phone #: ▉▉▉▉     Cell Phone Provider:
Email Address:

**Home Address**            **Mailing Address**
**717 CENTERHILL DR W**
**JACKSONVILLE, FL 32254**
Sub-sector: **M2**   TAZ: **244**

**Employment/School**

**Incident (information)    2022-0209409 (Continued)**

Employer:                                        Occupation:
School Last Attended:  **EDWARD H WHITE HIGH SCHOOL**

## Witness/Complainant #3 - BARUS, KIMBERLY

Type:  **WITNESS**
Did witness invoke right to prevent the disclosure of personal info (Marsy's Law)?: **NO**
**Demographics**
   Race: **WHITE**              Sex: **FEMALE**        Date of Birth: ███████
   Ethnicity: **NOT OF HISPANIC ORIGIN**
   Age: **53**
**Contact Information**
   Home Phone #:            Bus. Phone #:    **8283104810**    Ext.:            Alt. Phone #:
   Cell Phone #:            Cell Phone Provider:
   Email Address:
**Home Address**                **Mailing Address**
**3504 ROCKWOOD DR**
**JACKSONVILLE, FL 32254**
Sub-sector: **M2**   TAZ: **244**
**Employment/School**
   Employer:                                Occupation:
   School Last Attended:

## Witness/Complainant #4 - BARUS, JOHNATHAN

Type:  **WITNESS**
Did witness invoke right to prevent the disclosure of personal info (Marsy's Law)?: **NO**
**Demographics**
   Race: **WHITE**              Sex: **MALE**         Date of Birth: ███████
   Ethnicity: **NOT OF HISPANIC ORIGIN**
   Age: **54**
**Contact Information**
   Home Phone #: ███████        Bus. Phone #:            Ext.:            Alt. Phone #:
   Cell Phone #: ███████        Cell Phone Provider:
   Email Address: ███████
**Home Address**                **Mailing Address**
**3504 ROCKWOOD DR**
**JACKSONVILLE, FL 32254**
Sub-sector: **M2**   TAZ: **244**
**Employment/School**
   Employer:                                Occupation:
   School Last Attended:

## Additional Information

On 04-11-22, at 0622, Officer K.D. Lampkin (63454) was dispatched to 3504 Rockwood Dr. in reference to an animal complaint. The listed complainant, Malene Ellington, called the police on behalf of her son, Jaivon Ellington, who was stranded on top of a car because he was chases by two Pitbull dogs.

Officer Lampkin contacted the Malene Ellington by phone because she was at work. Officer Lampkin advised that she stated the following;

1. On the early morning of 04-11-22, her son Jaivon, called her, telling her he was chased by two dogs and he jumped on top of a car to get away from them.

2. She told Jaivon to stay on the car and wait for the police.

3. While on the phone, she could hear another woman yelling at her son and telling him to get of her car. She instructed Jainvon tp stay on the car and wait for the police. Jaivon then hung up the phone.

4. She received a second phone call from Jaivon, advising her that he ran away from the vehicle as a white male with a gun barged out of the front door.

Officer Lampkin contacted Jaivon by phone because he was attending classes at Edward White High School. Officer Lamkin advised that he stated the following;

---

Printed 07/21/2025 15:44 by H.M. RISER ( #62647 )                        **Sheriff Mike Williams**              2022-0209409

**Incident (Information)   2022-0209409 (Continued)**

1. He was walking near the intersection Rockwood Dr. and Parkview Dr. when two Pitbulls ran after him from the yard of 3504 Rockwood Dr.

2. The safest location to escape the dogs was on a white Honda Accord that was on the property.

3. A white female began yelling at him, demanding why he was on her vehicle. He tried to explain that the dogs scared him and he jumped on the vehicle for his protection.

4. The white woman told him to leave but his mother instructed him to remain on the car and wait for the police. As a result, he refused to obey the white woman.

5. The white woman grew irate and told him to leave before her husband got out of the house.

6. The front door flew open, and he saw an older white male exit the front door. Jaivon jumped off the car and sprinted home because he thought the white male was chasing him and he feared that the white man had a gun in his hand.

Officer Lampkin's investigation was interrupted due to an additional incident, which resulted in the death of an animal and the arrested of an individual (CCR 22-209485). As a result, I was instructed to complete the investigation.

My investigation continued in the following manner;

1. I contacted Officer Lampkin and documented the initial steps of his investigation.

2. I contacted Jonathan and Kimberly Barus, who lived at 3504 Rockwood Dr. They advised that owned two dogs. one was a black and white Pitbull named "Lucy" (the deceased animal I referred to) and the other was a fawn colored hound dog named "Peaches". Both dogs roamed freely in the back yard of 3504 Rockwood because the yard was surrounded by a chain linked fence that was secured by a gate.

3. Kimberly Barus advised that on 04-11-22, she woke up at 0630 to the sound of barking dogs. she got out of bed and saw that the gate to the back yard was open. She then went outside to close the gate and observed a black male squatting on the truck of her white Honda Accord. The black male told her that her dogs chased him and he needed to climb on her car to escape them. She demanded that the male get off her vehicle and leave her property, but the black male refused. She became irate and warned the black male that if her husband comes out of the house "it will get ugly". She heard her husband open the front door which caused the black male jump off the vehicle, sprint north on Parkview then west on Rockwood, and disappeared from view as he turned north on Centerhill Dr. W. Once the black male left the property, she assumed the issue was resolved and she would never see him again. She described the black male as a young man, wearing black jacket and pants. He also wore a COVID mask which hid the majority of his face.

4. Jonathan Barus, the husband of Kimberly Barus, advised that he was inside the listed address when he heard Kimberly outside yelling at someone. He had no idea who she was yelling at or the reason for such early morning commotion. He exited the house and immediately observed a young black male sprinting down Parkview, then Rockwood, and disappeared from view as he sprinted down Centerhill Dr. W. He had no idea who that male was.

5. Kimberly and Jonathan Barus advised they suspected the black male of opening the gate in order to steal a chainsaw, that was in an open faced shed that could be clearly scene from Parkview Dr. However they insisted that was conjecture because they had no proof to support that claim.

6. Kimberly and Jonathan Barus also insisted that their dogs never left the back yard unless they were provoked.

7. I asked Kimberly and Jonathan if they had any firearms in their home. Jonathan advised me that he was prohibited from own any firearms due to legal issues he sustained while living in North Carolina. Secondly, Johnathan advised that he suffered from the effects of a series of strokes and heart attacks. As a result, he does not have the stamina to even walk briskly for a few feet. They also advised that their adult son, Jonathan Kyle Barus (suspect in CCR 22-209485) was a convicted felon and was prohibited from possessing firearms. Thirdly, Kimberly Barus advised that she never felt comfortable around firearms. She bought the dogs because they were an effective alternative for protecting her home.

8. I contacted Malene Ellington by phone. She advised that on the early morning of 04-11-22, she received a call from her son, Jaivon. He advised her that he was stranded on a car located at 3504 Rockwood Dr. because two dogs chased him. She told Jaivon to call the police and wait on the car. Jaivon called a second time and she could hear a woman telling Jaivon to get off her car and leave the property. She told Jaivon to ignore the woman, remain on the car and wait for the police. She heard more screaming and then Jaivon hung up. Jaivon called a third time and told her that a white male was chasing him with a gun in his hand.

9. I arrived at Edward White High School and contacted Jaivon Ellington. He advised that on the early morning of 04-11-22, he left his home at 718 Centerhill Dr W. and intended to walk to his bus stop located at Woodstock Park (2839 W. Beaver St). His typical route included walking south on Centerhill Dr, then east on Rockwood Dr., then south on Parkview, and finally east on Beaver St. He advised that he just made the turn from Rockwood Dr. onto Parkview Dr. when two dogs approached him. One of them, the

**Incident (Information)    2022-0209409 (Continued)**

closest one to him, was a black and white Pitbull. The dogs began barking and ran toward him on on the street. Jaivon saw the Honda Accord and jumped on the trunk to escape the dogs. He called his mother who advised him to call the police. After he called the police, a woman from the backyard of 3504 Rockwood Dr. demanded to know why he was on the car. He tried to tell her that the dogs chased and he climbed on the car to escape them. The woman refused to believe him and demanded that he get off the car and leave her property. As a result, he called his mother on speakerphone as the woman continued to tell Jaivon to leave. His mother insisted that he remain on the car to wait for the police. He obeyed his mother, ignored the woman, and the woman grew irate. She warned Jaivon that he better leave before her husband comes out. The front door of 3504 Rockwood Dr. flew open and a white male walked on the front lawn. Jaivon leapt off the car, sprinted home, and called his grandmother to give him a ride to school.

10. I asked Jaivon if the white male who walked out the door had a gun in his hand. He stated that he was not sure considering he was already in a great deal of stress when he was chased by the dogs and the woman was already angry with him. He further stated that seeing the white male walking out the door increased his fear and he thought that his only option he had was to sprint home.

11. Jaivon wore his school uniform which included a black jacket (with the Edward White High School emblem on the left breast) and solid black pants. He also wore a COVID mask.

Conclusion

Based on the testimonies of the Ellingtons and the Barus's, I confirmed Jainvon was on the Honda Accord because two dogs (one of then being a black and white Pitbull) caused him to jump on the car. Concerning the open gate, Kimberly Barus confirmed that the gate was open which lead to the dogs being able to run free. Who opened the gate and when it was opened remained unknown. Concerning the firearm, I did not see a weapon at 3504 Rockwood Dr.

My investigation confirmed that an altercation took place but no criminal activity was identified. As a result, my investigative steps were documented in this information report.

Information report closed.

---

## Additional Question(s)

**Body Worn Camera Footage**

01    Is there Body Worn Camera (BWC) footage for incident?:                                          **YES**

**Risk Protection Order**

01    Subject poses a significant danger of causing personal injury to himself/herself or others:        **NO**
02    Subject owns, has care, custody or control of, or has the ability to purchase, possess, or receive firearm(s) and/or ammunition:
03    Subject was involved in a recent act or threat of violence against himself/herself or others, whether or not such violence involved a firearm:
04    Subject has made a threat of violence in the past 12 months against himself/herself or others:
05    Subject is seriously mentally ill or has recurring mental health issues:
06    Subject was a respondent of, or violated, a previous/existing injunction related to domestic, dating, sexual, or repeat violence and/or stalking:
07    The subject has previously been issued an RPO:
08    Subject has previously violated the provisions of an RPO:
09    Subject has been convicted of, had adjudication withheld on, or pled nolo contendere to, a crime constituting domestic violence in any state:
10    Subject has used, or threatened to use, against himself/herself or others, any weapons or physical force:
11    Subject has unlawfully or recklessly used, displayed, or brandished a firearm:
12    Subject has stalked another person:
13    Subject has been arrested for, convicted of, had adjudication withheld, or pled nolo contendere to a crime or threat of violence in any other state:
14    Is evidence to demonstrate the abuse of controlled substances or alcohol by the subject:
15    Is evidence to demonstrate the subject has recently acquired firearm(s) or ammunition:
16    Is there any other relevant information provided by a family/household member concerning the subject. (If yes, place information into the narrative):

---

## Misc Information

Clearance Status:  **INFORMATION REPORT CLOSED**          Clearance Code:  **NOT APPLICABLE**    Date Case Was Cleared:
                                                                                               Number of Cases Cleared:
Is there additional information included on a continuation report?:  **NO**          Are there other Pertinent Reports?:  **NO**
Did this incident qualify as a "Cargo Theft"?:  **NO**
In your opinion is there significant reason to believe that the crime can be solved by a patrol follow-up investigation?:
Neighborhood Canvass Conducted?:

**Case Card Information Left with:  Person**

---

Witness / Complainant (01) - ELLINGTON, MALENE

**Handouts**
 #1:   **Case information Card**
**Bias Motivation(s)**

---

*Investigation Time #1*

Hour(s):  **08**                Minute(s):  **00**            Cost Amount:  **$385.92**

---

*Signature*

**Signature(s)**

| | | | | |
|---|---|---|---|---|
| *Reporting Officer #1:* | **K. BURFORD ( #66783 )** | *Division:* | **PATROL** | *Section/Unit:* **ZONE 5** |
| *Reporting Officer #2:* | **N/A** | *Division:* | | *Section/Unit:* |
| *Report submitted on:* | **04/11/2022 16:03** | | | |
| *Report Reviewer:* | **B.J. KUIPER ( #67169 )** | *Status:* | **Approved** | |
| *Report approved on:* | **04/11/2022 16:26** | | | |