

PLAINTIFF'S
EXHIBIT
1
4/3/2a  DMT