From: Strawn, Stephanie A.
Sent: Tuesday, June 7, 2022 10:22 AM
To: Alicea, Felipe <Felipe.Alicea@jaxsheriff.org>
Cc: Schmitt, Lawrence V. <Lawrence.Schmitt@jaxsheriff.org>; Hall, David H. <David.Hall@jaxsheriff.org>
Subject: CCR #22-277424

Good Morning A/C Alicea,

Per our conversation, Director Schmitt has reviewed the above incident (RTR22-0010). Although, he found in the incident to be within policy, Director Schmitt recommended that Officer Barr "*complete additional training through animal control when available.*" In the interim, please conduct training using Order 212 (Animal Complaints), and reiterate that officers do not need to view the animal if it has been safely confined by the owner and no longer poses a threat.