UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
(Jacksonville Division)

CASE NO. 3:24-CV-01358-MMH-SJH

KIMBERLY BARUS,

        Plaintiff,

v.

THE CITY OF JACKSONVILLE, FLORIDA,
*et al.,*

        Defendants.

_____/

**PLAINTIFF'S AMENDED RULE 26(a)(2)(A) DISCLOSURES**

COMES NOW Plaintiff, KIMBERLY BARUS, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 26(a)(2)(A), provides the following disclosures:

(a)(2) **Disclosure of Expert Testimony**. (A) In General…the identity of any witness [a party] may use at trial to present evidence under Federal Rule of Evidence 702, 703, or 705:

> Dr. James W. Crosby is a Certified Behavior Consultant, recognized expert in canine behavior. He is a retired Police Lieutenant from Jacksonville, Florida, and former Animal Control Division Manager in Bay County, Florida. He has combined his police experience and his animal specific experience to train Animal Control and Police agencies on animal issues. Dr. Crosby has taught the Florida Animal Control Certification curriculum and, as Director for Canine Encounters for the National Law Enforcement Center on Animal Abuse, has developed a nation-wide curriculum for Police and Law Enforcement regarding the proper use of force in canine encounters. He is a regular consultant

and expert witness regarding legal cases in local, state, and federal courts.

Dr. Crosby earned a Master of Science in Veterinary Medical Science specializing in Veterinary Forensics from the College of Veterinary Medicine at the University of Florida. His peer-reviewed and accepted Masters thesis is titled "The Specific Use of Evidence in the Investigation of Fatal Dog Attacks" and is available through the library at the University of Florida.

Dr. Crosby also earned a PhD in Veterinary Medical Science from the Graduate School of the College of Veterinary Medicine at the University of Florida. His peer-reviewed dissertation entitled "A Scientific Study of Human Dog-Bite Related Fatalities" is likewise available through the University of Florida library.

A copy of his c.v. containing Rule 26(a)(2)(B) information is attached hereto.

(i)    the subject matter on which the witness is expected to present evidence under Federal Rule of Evidence 702, 703, or 705;

The subjects about which Dr. Crosby is expected to testify are as set forth above and as stated in his report which is attached hereto.

(i)    a summary of the facts and opinions to which the witness is expected to testify.

A summary of the facts and opinions to which Dr. Crosby is expected to testify is as set forth above and as stated in his report which is attached hereto.

VENZA LAW, PLLC
12161 Mercado Drive, #227
Venice Beach, FL 33409-1147
Office: (561) 596-6329
Email: dvenza@venzalawpllc.com

MARCY I. LAHART, PLLC
861 S. 40th Street
Tacoma, WA 98418
Telephone: (352) 545-7001
Facsimile: (888) 400-1464
Email: marcy@doglaw.co

2

BY: *s / Denese Venza*
Denese Venza, Esq.
Florida Bar No. 0599220
*Counsel for Plaintiff*

BY: *Marcy I. LaHart*
Marcy I. LaHart, Esq.
Florida Bar No. 0967009
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of January, 2026 a true and correct copy of the foregoing **PLAINTIFF'S AMENDED RULE 26 (a)(2)(A) DISCLOSURES** has been has been furnished to counsel for Defendant CITY OF JACKSONVILLE, FLORIDA, Paul E. Bueker, Esq., Assistant General Counsel, 117 West Duval Street, Suite 480, Jacksonville, Florida 32202, via email to: PBueker@coj.net and BOsburn@coj.net; and to counsel for Defendant KARL D. LAMPKIN, Sonya Harrell, Esq., Deputy General Counsel, Tort Department, 117 West Duval Street, Suite 480, Jacksonville, Florida 32202, via email to: SonyaH@coj.net and GPaulino@coj.net.

*/s / Denese Venza*
Denese Venza, Esq./FBN 0599220

# James W. Crosby MS PhD
# CBCC-KA, CDBC
# Canine Aggression Consulting LLC

1435 Oak Haven Rd. * Jacksonville, Florida 32207 * 904-476-7655 *
canineaggression@gmail.com

12 January 2026

RE: BARUS v. Lampkin and the City of Jacksonville.

All my opinions herein are rendered to a reasonable degree of scientific certainty and are informed by the type of evidence on which professionals in my field typically rely.

I have been retained to provide professional and expert opinion in the case of KIMBERLY BARUS, Plaintiff, vs. THE CITY OF JACKSONVILLE, FLORIDA, a political subdivision of the State of Florida, and CITY OF JACKSONVILLE SHERIFF DEPUTY KARL LAMPKIN, in his individual capacity.

Attached to this document is my full CV. However, to summarize my qualifications:

I am a Research Associate at Harvard University in the Department of Human Evolutionary Biology. I am the lead investigator for their Canine Aggression Initiative, under the Canine Brain Project as supervised by Dr. Erin Hecht, PhD.

I have been recognized as an expert on dog behavior, dog aggression, and dog bite investigation in many courts based on my extensive experience and training. I hold a Ph.D. in Veterinary Medical Science from the College of Veterinary Medicine, University of Florida, with specialization in Veterinary Forensics, and a Master of Science degree from the College of Veterinary Medicine, University of Florida, with specialization in Veterinary Forensics. I am a Certified Behavior Consultant-Canine-Knowledge Assessed. I have been working with aggressive and dangerous dogs for over ten years. I provide training for police departments and animal control agencies regarding dangerous dogs, dog aggression, use of force in canine encounters and the investigation of dog-related incidents. Agencies that I have instructed have included the Florida Animal Control Association, the Alabama Animal Control Association, the National Animal Control Association, the Alberta Animal Control and Bylaw Officers' Association, the London Metropolitan Police and their Status Dog Unit, and I have presented at other public and private conferences. My sworn reports and testimony have been accepted as expert materials in many states, US Federal Courts, and in the Crown Court of the United Kingdom.

I have received academic training and attended many seminars and training sessions addressing canine behavior and training. These are listed in the attached CV and include, but are not limited to, advanced canine behavior training, obedience instructor training, dog behavior evaluation, Bite Prevention for Law Enforcement Officers, and course work

# James W. Crosby MS PhD
# CBCC-KA, CDBC
# Canine Aggression Consulting LLC

1435 Oak Haven Rd. * Jacksonville, Florida 32207 * 904-476-7655 *
canineaggression@gmail.com

taken through the University of Florida on Forensic Animal Behavior Analysis and other related subjects.

I have trained police departments in the proper and effective use of less- and non-lethal force; recognition of canine body language, behavior, and dog bite risk analysis; methods for the investigation of serious and fatal dog attacks; and methods for safe engagement with domestic dogs across the United States.

During my studies at the College of Veterinary Medicine, University of Florida, I completed coursework in Forensic Animal Behavior Analysis, Animal Crime Scenes/Clandestine Grave Investigation, Bite Mark Analysis, Interpersonal Violence and Animal Abuse, Veterinary Forensic Pathology, Veterinary Forensic Osteology, Animal Law, Scientific and Legal Principles of Evidence, Veterinary Pathology in Practice (Advanced), and Forensic Animal Crime Scene Analysis. I have taught canine behavior and assessing canine behavior problems and aggression across the United States, England, Italy, Poland, Australia and Canada.

I served as the acting Chief of Animal Care and Protective Services for the City of Jacksonville, Florida from March through December of 2016. My duties included, but were not limited to, overall management and oversight of Jacksonville Animal Care and Protective Services (ACPS); supervision of all Animal Control Enforcement personnel; oversight and approval of criminal investigations; oversight of the Veterinary Department of ACPS; oversight and supervision of the behavior section of ACPS; sitting as Special Hearing Officer for any and all appeals of Dangerous Dog declarations for the City of Jacksonville; interaction with other City divisions and outside agencies, civil and Law Enforcement; accountability and responsibility for the lawful and proper operation of the agency, and other duties as they arose.

I am a Certified Animal Control Officer in the State of Florida, and I served as the Animal Control Division Manager for Bay County, Florida, from February 2008 to September 2010. During my tenure at Bay County Animal Control, my duties included daily shelter management, assuring the safe handling and humane treatment of animals in the care of Bay County Animal Control, investigating complaints of animal neglect and cruelty, overseeing and assisting in animal rescue and capture, response to calls to assist police in animal related calls, and performing investigations and making findings of fact regarding the declaration of Dangerous Dogs under Florida Statute. My training and experience includes Animal Control operating standards, proper administrative processes and policies regarding Dangerous Dog investigation and enforcement. From my experience and training in Animal Control Enforcement and my training in duties as a police officer over my twenty-two year I am extremely familiar and capable in the

# James W. Crosby MS PhD
# CBCC-KA, CDBC
# Canine Aggression Consulting LLC

1435 Oak Haven Rd. * Jacksonville, Florida 32207 * 904-476-7655 *
canineaggression@gmail.com

understanding and application of State Statutes, Municipal and County Code, and other legislative and regulatory processes.

My agencies were members of the Florida Animal Control Officers' Association. I taught portions of the Florida Animal Control Association curriculum for the certification of Animal Control Officers including perception of threat and use of force in animal cases. I was a member of the Board of Directors of the Florida Animal Control Association and, as such, was privy to the discussions regarding establishment of Standards regarding the curriculum. I continue to provide training to members of the Florida Animal Control Association and other agencies. I am a Charter Member of the International Veterinary Forensic Science Association and an Associate Member of the American Academy of Forensic Sciences.

I served as a Police Officer with the Jacksonville Sheriff's Office from 1977 to 1999, completing twenty-two years of active service. During my career, I served as a Patrolman, a Sergeant, and a Lieutenant. My duties as a Patrolman included patrol duties, emergency response, and investigations.

As a Sergeant, my duties involved day to day on-scene supervision of call response, major calls and investigations, allegations of misconduct, critical incident response and accountability, and investigating complaints regarding issues such as the use of force by my officers. Some of these investigations did result in administering or recommending disciplinary action against officers for violating Departmental guidelines and proper procedures for said use of force.

As a Lieutenant, my immediate span of control as a Watch Commander ranged up to four (4) Sergeants and forty (40) officers, plus officers in training, at any one time. I served on the Firearms Review Board for the Jacksonville Sheriff's Office, the designated Board that determined whether a discharge of firearms case was justified and reasonable under legal requirements and Department guidelines. I have attached a CV to this report detailing my work experience.

As both a Sergeant and a Lieutenant, I was trained and designated as a Field Training Officer Supervisor and had day to day responsibility to oversee the training of new officers and new supervisors in Department procedures, job tasks, and supervisory issues.

**FACT SUMMARY OF THE INCIDENT**

# James W. Crosby MS PhD
# CBCC-KA, CDBC
# Canine Aggression Consulting LLC

1435 Oak Haven Rd. * Jacksonville, Florida 32207 * 904-476-7655 *
canineaggression@gmail.com

On 11 April 2022, police were summoned to investigate an alleged disturbance that originated in front of 3504 Rockwood Dr., Jacksonville, FL. The original accusation was that a 16 year old male had been chased by dogs from 3504 Rockwood Dr. and had taken refuge on a vehicle belonging to the residents at that address.

Officers from the Jacksonville Sheriff's Office responded to the initial complaint, documented under CCR# 2022-0209409, which was dispatched as an 'animal complaint'.[1]

## MATERIALS REVIEWED (Partial)

Jacksonville Sheriff's Office Incident Report 2022-0209409 submitted by Officer K. Burford, ID #66783 on 04/11/2022 at 1603 hrs.
Jacksonville Sheriff's Office ET report for incident 2022-0209409 submitted by Officer J.T. Matzen, ID #19432 on 04/11/2022 at 1329 hrs.
Jacksonville Sheriff's Office Incident report 2022-0209485 submitted by Officer K.C. Pittman, ID #80723 on 04/11/2022 at 0940 hrs.
Jacksonville Sheriff's Office Incident report 2022-0209485 submitted by Lt. A. Sircar, ID# 7422  on 04/12/2022 at 1313 hrs.
Jacksonville Sheriff's Office Arrest and Booking Report 2022-209485 for Barus, Jonathan Kyle, charging Assault on LEO and Resisting Officer Without Violence.

Jacksonville Sheriff's Office (JSO) General Order 210 "Patrol Functions".
JSO General Order 212 "Animal Complaints".
JSO General Order 401 "Dress and Personal Appearance"
JSO General Order 551 "Response to Resistance".
JSO General Order 552 "Weapons".

COJ's Answer to Plaintiff's Interrogatories  Case 3:24-cv-1358-MMH-SJH, dated 7 August 2025.
Digital video file labelled "_AXON_Body_2_Video_2022-04-11_0718.mp4".
Eleven (11) digital color image files labeled "image0.jpg, image1.jpg, image2.jpg, image3.jpg, image4.jpg, image5.jpg, image6.jpg, image7.jpg, image8.jpg, image9.jpg, image10.jpg".

"The Problem of Dog-Related Incidents and Encounters" (2011) Bathhurst, Cynthia PhD; Cleary, Donald; Delise, Karen; VanKavage, Ledy Esq.; and Rushing, Patricia Ed. D.

---

[1] Jacksonville Sheriff's Office Incident report #2022-0209409, written by Officer K. Burford, ID #66783, submitted 04/11/2022, 1603 hrs.

# James W. Crosby MS PhD
# CBCC-KA, CDBC
# Canine Aggression Consulting LLC

1435 Oak Haven Rd. * Jacksonville, Florida 32207 * 904-476-7655 *
canineaggression@gmail.com

Published by the US Department of Justice, Office of Community Oriented Policing Services.

"Police and Dog Encounters", video training prepared by Chicago Safe Humane, released 2013 through the US Department of Justice Office of Community Oriented Policing Services.

"Dog Encounters: Keeping Officers Safe" (2015), video DVD, by the California Commission on POST.

"Law Enforcement Dog Encounter Training (LEDET)", 2019, Crosby, James W. PhD, and Rider, Chelsea, published by the US Department of Justice, Office of Community Oriented Policing Services.

NOTE: Additional information and evidence is expected as Discovery requirements are met, depositions are taken, and further analysis is conducted. The above list and below listed sources are not the only documents that may be used to develop opinions in this case, and I specifically and explicitly reserve the right to modify, expand, incorporate into or change opinions based on additional information that is provided.


## MATERIALS EXAMINED AND COMMENTS

In report #2022-0209485 submitted by Lt. A. Sircar, ID# 7422  on 04/12/2022 at 1313 hrs., he makes the following statements:

"Mr. Barus also came out of the house and Officer Lampkin solicited further information from the couple. During the conversation, Ms. Barus stated she could show Officer Lampkin that the dog will not leave the fenced-in area, therefore would not have attacked the child. Officer Lampkin stated, ok! and Ms. Barus walked to the side yard gate around the house. Officer Lampkin continue speaking with Mr. Barus then slowly made his way to the area Ms. Barus was at.
As Officer Lampkin approached, the dog came out of the backyard fenced area and went to Ms. Barus who was standing by the open gate. The dog then walked toward Officer Lampkin with his head low and tail wagging. Officer Lampkin stated the dog appeared to be friendly, so he offered the back of his hand for the dog to sniff. At which time, the dog suddenly bit Officer Lampkin's left hand and then his left leg.

Officer Lampkin then shot the dog to protect himself from further injury.
The dog broke off the attack and fled towards the front of the house and collapsed. Due to speed and suddenness of the attack, Officer Lampkin was unable to retreat or deploy any other tactic to defend himself."

# James W. Crosby MS PhD
# CBCC-KA, CDBC
# Canine Aggression Consulting LLC

1435 Oak Haven Rd. * Jacksonville, Florida 32207 * 904-476-7655 *
canineaggression@gmail.com

This report supports the allegation that the dog was only loose and able to make contact Lampkin because Lampkin directed Mrs. Barus to bring her dog to the yard, open the gate, and then "see if" the dog might come out. This report also supports the allegation that the dog approached Lampkin without threat: "The dog then walked toward Officer Lampkin with his head low and tail wagging..." and that "Officer Lampkin stated the dog appeared to be friendly..."

FROM GENERAL ORDER 212 "Animal Complaints".

"Any animal creating a CLEAR AND IMMEDIATE DANGER TO the officer or the public may be killed if an attack is imminent and NO OTHER SOLUTION EXISTS (*emphasis added*).
 Aggressive animal(s) holding one or more persons at bay making passage to safety impossible without risking attack may be killed only after receiving the approval of a commanding officer. The commanding officer shall respond to the scene and complete a RTR in ARMS in accordance with Order 551 (Response to Resistance).[2]"

According to this, Lampkin acted in opposition to the conditions of General Order 212 in that there were other solution(s) available - the primary and simplest solution being to allow the owner to take the dog into her custody.

Jacksonville Municipal Code Section 462.

Sec. 462.303. - Animals at-large prohibited.
(a) No owner or person having temporary custody of any animal(s) shall permit the animal(s) or fail to restrain the animal(s) from being at-large, except a dog shall be considered exempt from these provisions if:
(1) The dog is engaged in the performance of duties while under the supervision and control of law enforcement officials performing law enforcement work.
(2) The dog is engaged in any legal hunt or training procedure, including training or exhibiting in legal sports such as obedience trials, conformation shows, field trials, schutzhund, hunting/retrieving trials, and herding trials; however, such dogs at all other times and in all other respects shall be subject to this Chapter.

---

[2] Jacksonville Sheriff's Office General Order 212 "Animal Complaints", p. 4 of 6, effective 03/17/2020.

# James W. Crosby MS PhD
# CBCC-KA, CDBC
# Canine Aggression Consulting LLC

1435 Oak Haven Rd. * Jacksonville, Florida 32207 * 904-476-7655 *
canineaggression@gmail.com

(3) The dog is in a City-designated or legally established, with proper certificate of use, private "off-leash" dog park and is under the supervision of the owner or a responsible person.

Sec. 462.101. - Enforcement by Animal Care and Protective Services Division.
The Animal Care and Protective Services Division Chief and those animal control officers, as defined herein, shall be responsible for the enforcement of this Chapter. The powers and authority granted under this Chapter shall be supplemental to the powers and authority already provided for by Florida Statutes, relating to local animal control regulations.

An examination of the scene photos provided by the JSO as taken by their Evidence Technician at the scene shows what appears to only be a partial sample of the entire scene documentation. In my extensive training in crime scene documentation and my extensive experience in documenting crime scenes and evaluating crime scene evidence, it appears that JSO has not provided: establishing wide shots; medium distance documentary shots of the scene; documentation of the full array of firearms evidence such as shell casings or bullet impact documentation. There should also be full photos of the dog killed: overhead full length, dorsal, ventral, and lateral; Documentation of the bullet impacts and exit wounds including an accepted evidence measuring and documentation scale; scene information such as address, case number, etc. I await full provision of all photos and evidence prior to giving a final full opinion.

No Veterinary necropsy of the dog was conducted as is recommended by best crime scene practices regarding animal crime scene documentation. A necropsy and adequate photographic documentation is essential in animal-involved crime scenes.[3]

## OPINIONS:

All the opinions expressed in this report are to the standard of more probable than not, to a reasonable degree of scientific and professional certainty, and are based on my experience and training

---

[3] "Veterinary Forensics" (2007), Merck, Melinda D. DVM, Blackwell Publishing: "Veterinary Forensic Medicine" (2020), Byrd, Jason PhD; Norris, Patricia DVM; and Bradley-Siemens, Nancy DVM: course "Animal Crime Scenes", continuing, University of Florida, and other recognized professional sources.

# James W. Crosby MS PhD
# CBCC-KA, CDBC
# Canine Aggression Consulting LLC

1435 Oak Haven Rd. * Jacksonville, Florida 32207 * 904-476-7655 *
canineaggression@gmail.com

1. In my professional opinion, supported by the video evidence presented to date, the call to which Officer Lampkin was assigned and to which he responded to at the Barus residence was a claimed aggravated assault, accompanied by statements at the scene that the alleged victim of the aggravated assault was burglarizing, or attempting to burglarize the Barus' vehicle.

2. The presence or absence of the dog was immaterial. If the dog had bayed the alleged victim on top of the Barus' car, that is, according to State Statute, Local Code, and my personal experience as the former management consultant to Jacksonville Animal Care and Protective services, a matter customarily handled and investigated by Jacksonville Animal Care and Protective Services. In fact, Jacksonville Animal Care and Protective Services Division is explicitly assigned the investigation of such code violations in Section 462.101 of Jacksonville Municipal Code.

3. The only reason that the dog was outside of the Barus' yard at the time of contact between Lampkin and the dog was that Lampkin specifically directed Mrs. Barus to get the dog and test whether the dog would, when enticed by the present owner, exit the yard.[4] In my professional experience and training, I conclude that there was no rational need or requirement that Lampkin direct the Barus' to bring their dog outside. Neither was there any objective necessity for Lampkin to direct Mrs. Barus to allow her dog to come out from an unsecured gate.

4. Lampkin appears to have fully recognized that any dog was able to leave outside an open gate. He expressed his disbelief that the dog would remain in the yard during his exchange with Mrs. Barus before directing her to "...go open the gate, I'll be there."[5] His apparent awareness that the dog was likely to exit the yard should have caused Lampkin to plan and prepare for using protective measures and/or strategies to protect himself and the public from any possible harm from the dog.[6] The measures could have included, but not been limited to, a) having his baton in hand to gain space if the dog approached; b) having his issued Oleoresin capsicum spray safely in his non-gun hand and ready for immediate deployment if the dog came towards him; or c) prepared himself to take refuge or cover from the dog as he was well aware that leaping up on the Barus' car had allegedly already been effective in evading contact from the dog.

5. Lampkin had, according to JSO records, been trained during roll call several years before this encounter on how to effectively and safely avoid negative contact with a domestic canine. Yet Lampkin did not use any of the techniques and/or

---

[4] Vido recording from Lampkin's BWC. Transcript available.
[5] Video taken by Lampkin's BWC.
[6] Precedent in Federal Court set by Hell's Angels v. The City of San Jose ruling on the need for police to plan for encounters, especially when dogs are known to be present.

# James W. Crosby MS PhD
# CBCC-KA, CDBC
# Canine Aggression Consulting LLC

1435 Oak Haven Rd. * Jacksonville, Florida 32207 * 904-476-7655 *
canineaggression@gmail.com

strategies taught in that course to maintain his own safety or the safety of others, or use any less-lethal method to separate himself from the dog.

6. In my professional opinion, supported by the video evidence presented to date, any level of threat possibly presented by the dog was caused by Lampkin's direction to Mrs. Barus to violate local Code by providing means for her dog to run at large, even for a moment.[7]

7. In my professional experience, multiple studies of domestic dog bites, and other reliable evidence accepted within the field, a dog similar to the Barus' dog presents a limited likelihood of inflicting serious harm to a healthy adult. Further, the number of adults killed by dogs in general in the United States is so low as to present no credible reason for using deadly force against a single dog.[8]

8. Despite the very low likelihood that the dog presented any credible threat of serious injury, Lampkin began firing at the dog after the dog had already disengaged and was within moments of being under the direct control of Mrs. Barus. An attack by the dog was not immanent: according to the officer's allegations, supported by the video record, the dog had already made contact with and allegedly bitten Lampkin so there was no longer any reason for the Lampkin to perceive an "immanent threat" to any person or animal. The dog was fleeing from the officer and there were no persons, other than the owner(s), visible or present in the path of the dog. The owner was directly present and within easy range of recovering the dog, and could have been easily expected to recover the dog forthwith, without extreme effort or extended time. In fact, the owner was actively recovering the dog by hand, within arm's length of the dog, when the officer needlessly fired.

9. As the dog ran away from Lampkin, Lampkin continued to fire his issued firearm in an obvious attempt to ensure that he killed the dog. Yet continue to fire he did, striking the dog more than once as the dog ran for safety.[9] In my professional opinion, based on my experience and training, Lampkin's continued firing directly caused the injury to and death of the Barus' dog.

10. Based on the circumstance described, the video, the reports and statements of the Jacksonville Sheriff's Officer personnel and Lampkin's expected testimony, it is my professional opinion based on my extensive experience, training, and to a scientific degree of certainty, that the shooting of the Barus' dog by Officer Lampkin violated Jacksonville Sheriff's Office policy and presented an unnecessary and cruel use of deadly force to kill the Barus' dog.

---

[7] Jacksonville Municipal Code Chapter 462.303 (a) (1), (2), and (3).
[8] References dog deaths Crosby
[9] Body worn camera video.

# James W. Crosby MS PhD
# CBCC-KA, CDBC
# Canine Aggression Consulting LLC

1435 Oak Haven Rd. * Jacksonville, Florida 32207 * 904-476-7655 *
canineaggression@gmail.com

This document is, at this time, a draft of my preliminary opinions in this matter. This is with full awareness and notice that there is substantial evidence to be provided by the Jacksonville Sheriff's Office and by deposition and testimony, any or all of which may affect my professional opinion.

I explicitly reserve the right and ability to amend, modify, or expand this opinion based on the introduction of additional evidence or items not in my possession. I also reserve the right to research and examine other materials not listed above to assist in establishing further opinions as such may become known or necessary.

Respectfully submitted,

Dr. James W. Crosby, M.S., PhD.

# James W. Crosby M.S., PhD.

*Jacksonville FL USA *
canineaggression@gmail.com

Dr. James W. Crosby is a Certified Behavior Consultant, a recognized expert in canine behavior, dog bites and attacks, and shelter management and operations. His primary wok has been focused on human fatalities from dog bite related causes. He is a retired Police Lieutenant from Jacksonville, Florida, and former Animal Control Division Manager in Bay County, Florida. He has combined his police experience and his animal specific experience to train Animal Control and Police agencies on animal issues, including dangerous dog cases and criminal cruelty investigations. Dr. Crosby has taught the Florida Animal Control Certification curriculum and, as Director for Canine Encounters for the National Law Enforcement Center on Animal Abuse, has developed a nation-wide curriculum for Police and Law Enforcement regarding the proper use of force in canine encounters. He is a regular consultant and expert witness regarding legal cases in local, State, and US Federal Courts.

Dr. Crosby taught the Florida Animal Control Certification curriculum and is the Director for Canine Encounters for the National Law Enforcement Center on animal abuse. Dr. Crosby developed a nation-wide curriculum for Police and Law Enforcement addressing police encounters with domestic dogs and the proper and proportionate use of force.

Dr. Crosby has served as an expert witness in multiple local, State, and US Federal Courts.

Dr. Crosby earned a Master of Science in Veterinary Medical Science specializing in Veterinary Forensics from the College of Veterinary Medicine at the University of Florida. His peer-reviewed and accepted Masters thesis is titled "The Specific Use of Evidence in the Investigation of Fatal Dog Attacks" and is available through the library at the University of Florida.

Dr. Crosby also earned a PhD in Veterinary Medical Science from the Graduate School of the College of Veterinary Medicine at the University of Florida. His peer reviewed dissertation titled "A Scientific Study of Human Dog-Bite Related Fatalities" is likewise available through the University library.

Professionally, Dr. Crosby served under contract as the Division Management Consultant for the City of Jacksonville Animal Care and Protective Services from March 2016 until December 31, 2016. Dr. Crosby trains Animal Control and Police Officers across the US, and has done so in Canada, Italy, and Australia. Dr. Crosby has assisted various

1

investigative agencies including the U.S. Marshall's office, the United States Attorney's Office and Homeland Security on animal behavior and other legal animal issues.

As specifically listed below, Dr. Crosby has been accepted and testified as an expert in local, State, and United States District Courts for both the prosecution and the defense.

EMPLOYMENT

**Director, Canine Encounter Training, National Law Enforcement Center on Animal Abuse, Current, and Subject Matter Expert for the National Sheriffs' Association on Canine Issues, Canine Aggression, and Canine interaction with police officers and agency, 2013 to present.**

Duties include development and implementation of a national curriculum for Law Enforcement Canine Encounters, presentation of the training to Law Enforcement command and staff, and informing Law Enforcement and governmental agencies of the need for a consistent response by working Law Enforcement to canine encounters. The program stresses safety of Officers, animals, and the public. Serve as a subject matter expert for collaborative efforts to develop commercial training products to be included in widely used police Law Enforcement use of force training, including virtual simulations.

**Division Management Consultant, Animal Care and Protective Services, City of Jacksonville, Florida.                    March 21, 2016 – 31 December 2016.**

Duties included overall operation and management of the agency, including Shelter Operations, Adoptions and Placement, Behavior and Outreach Services, and Investigation and Enforcement activities. Enforcement activities include municipal Code violations, civil enforcement of State Statutes, and criminal cases that include animal cruelty, abuse, and animal fighting. Current duties include providing expert consulting for the Animal Care and Protective Services Division on the City of Jacksonville on an as-needed basis.

**Professional Dog Trainer/Behavior Consultant/Expert in Dog Aggression and Dog Related Fatalities, Jacksonville, FL, 1999 - present.**

Certified Behavior Consultant-Canine-Knowledge Assessed (CCPDT). Certified Dog Behavior Consultant (IAABC). Works with dog owners on behavior and aggression issues in pet dogs.  Acts as Consultant to owners, Veterinarians and Animal Control agencies on various matters such as training and obedience.  Train dogs for obedience, hunting and tracking.  Expert witness in cases of dog bite, dog attack, and dog related fatalities.  Consulting on dog aggression and dangerous dog cases in US, UK, Canada and India.  Expert evaluation of dangerous and potentially dangerous dogs for civil, criminal,

2

and other cases. Consultant to Bahamas Humane Society, Nassau, The Bahamas. Member, Board of Consultants, National Dog Trainers' Federation (Australia).

**Bay County Animal Control, Division Manager, Panama City, FL**
**2008-2010**
Daily oversight of all Animal Control Operations for Bay County and contracted municipalities within Bay County.    Lead investigator for all criminal cruelty cases. Issued findings regarding Dangerous Dogs as defined by local Ordinance Codes and Florida Statutes.  Prepared and presented court cases for Dangerous Dog Hearings and appeals. Interfaced with local Law Enforcement agencies on criminal cases and otherwise assisted Law Enforcement with animal related issues.

**Jacksonville Sheriff's Office, Police Officer/Sergeant/Lieutenant, Jacksonville, FL**
**1977-1999**
1977-1987, Police Officer, Patrol Division
1987-1993, Police Sergeant, Patrol Division
1993-1999, Police Lieutenant and Midnight Watch Commander, Zone 4, Patrol Division

Conducted daily police patrol duties; investigated violations of local ordinances and State Statutes; responded to emergency calls; supervised Patrol Squad (as Sergeant), served as Patrol Watch Commander (Lieutenant), including performing employee evaluations and training, investigating complaints on employees, counseling employees, overseeing day-to-day operations and coordinating and scheduling training, administering discipline and serving on disciplinary boards.  Ensured employee compliance with Departmental Regulations and guided employee action within the Mission Statement of the Jacksonville Sheriff's Office; responded to and directed critical incident responses. Extensive experience and training in securing and controlling crime scenes, collection of evidence, evidence submission procedures, and evaluating crime scenes for investigative purposes.

## ACADEMIC EDUCATION:

Bachelor of Science Degree, Charter Oak State College (Psychology)
Master's Degree in Veterinary Medical Science, specializing in Veterinary Forensics, from the Graduate School, College of Veterinary Medicine, University of Florida.
PhD in Veterinary Medical Science, University of Florida College of Veterinary Medicine/Graduate School.

## PROFESSIONAL ORGANIZATIONS:

Associate Member, American Academy of Forensic Sciences (2018-current)

3

Charter Member, International Veterinary Forensic Science Association
Board of Directors, Council for Certification of Professional Dog Trainers (current)
Member, National Sheriffs' Association
Member, President's Committee on Animal Abuse, National Sheriffs' Association
Member, National Animal Care and Control Association
Member, Training Advisory Committee, National Animal Control Association
Member, International Association of Animal Behavior Consultants
Member, Animal Behavior Society
Professional Member, Association of Pet Dog Trainers (APDT)
Professional Member, Animal Behavior Management Alliance
Member, Florida Association for Behavior Analysis
Working Groups Chair, Police Dog Encounter Training section, National Coalition Against Violence Against Animals.
Board of Directors, Florida Animal Control Association (2008-2010)
Chairman, Board of Directors, Gertrude Maxwell Save-a-Pet Direct Service Organization (Dept. of Agriculture, State of Florida, 2008-2012)
Member, Curly-Coated Retriever Club of America
President, Curly-Coated Retriever Club of America, 2000-2006
Former professional member, Professional Retriever Trainers' Association


## CERTIFICATIONS AND TRAINING:

Certified Dog Behavior Consultant (2022 – present)
Certified Behavior Consultant Canine-Knowledge Assessed (2011-current)
Certified Animal Control Officer (Florida)
Certified Euthanasia Technician (Florida)
Certified Pet Dog Trainer (2005-2008)
American Kennel Club Canine Good Citizen Evaluator # 15403 (current)
American Kennel Club Temperament Testing Evaluator #107364 (current)
Federal Emergency Management Agency certificate, Disaster Response/Animals in Disaster: Awareness and Preparedness, Community Planning
Federal Emergency Management Agency certificate, Livestock in Disasters
Federal Emergency Management Agency certificate, Emergency Program Manager
Federal Emergency Management Agency certificate, Disaster Mitigation
HSUS, Dog Bite Prevention for Law Enforcement
Certificate, HSUS "Evaluating your shelter".
Certificate, Advanced Obedience Instructor
Certificate, "Behavior Evaluation", Puppyworks/Sue Sternberg
Certificate, "Muzzling Dangerous Dogs-Is Canine Profiling Effective", PetSmart Charities/ASPCA
American Temperament Testing Society
"Psychological Aspects of Maltreatment of Animals", ASPCA (April 2012)

4

## PUBLICATIONS AUTHORED BY DR. CROSBY THROUGH JULY 2023

Public Service announcements broadcast on WKGC Radio, Panama City, Florida, as part of a recurring program giving pet advice from 2008 through 2009.

Contributor/subject matter expert, California Commission on Peace Officer Standards and Training, training program "Dog Encounters: Keeping Officers Safe" video course, 2015.

Master's Thesis Research (2016) "The Use of Specific Evidence in the Investigation of Human Dog Bite Related Fatalities".

Chapter "Investigation of Human Dog Bite Related Fatalities" in Dog Bites: A Multidisciplinary Approach, Carri Westgarth PhD and Daniel Mills, PhD, editors, The University of Lincoln Press, Lincoln, Lincolnshire, England, 2017.

Chapter "Anatomy and Morphology of Dog Bites", in Dog Bites: A Multidisciplinary Approach, Carri Westgarth Ph.D. and Daniel Mills, Ph.D., editors, The University of Lincoln Press, Lincoln, Lincolnshire, England, 2017.

Blog "Canine Aggression Blog", canineaggression.blogspot.com

Crosby, James W., and Chelsea Rider. 2017. *Changing the Narrative: Improving Law Enforcement and Dog Encounters to Reduce Lethal Incidents and Improve Community Relations with Pet Owners: Literature Review.* Washington, DC: Office of Community Oriented Policing Services.

"*Final Report: Independent Review into the Management of Dogs in the ACT*", April 2018, Transport Canberra and City Services, Canberra, Australian Capital Territory.

 "Law Enforcement Dog Encounters Training", a full instruction course on safe interactions between police officers and domestic dogs, supported by the National Sheriffs' Association and the National Law Enforcement Center on Animal Abuse approved by the Department of Justice-Office of Community Oriented Policing Services (COPS).

"Dangerous Dog Investigations" in Humane Animal Control: Effective Enforcement, Shelter Management, Local Government Support and Community Engagement, Best Friends Animal Society Publications, Kanab, Utah, 2018.

"Dog Bite Investigations for the Animal Control Officer", Animal Care and Control Today, National Animal Control Association (2022).

5

Doctoral dissertation "Dog Bite Related Human Fatalities: A Scientific Study", University of Florida, Graduate School, College of Veterinary Medicine (2023).

### COURT CASES IN WHICH DR. JAMES W. CROSBY HAS TESTIFIED IN OR PROVIDED EXPERT OPINION.

**2012**

*Uhring v. the City of McKeesport* Pennsylvania Circuit Plaintiff Dangerous dog

*Orazietti v. Darryl's on the Water* Florida Circuit Defendant Dog bite

*Westbrook v. Jacksonville Animal Care and Protective Services* Florida Municipal Defendant Dangerous dog

*New Jersey Aid for Animals v. The City of Philadelphia Animal Care and Control* Pennsylvania Federal Plaintiff Dangerous dog/fatality

*Muntean v. Morales* California Superior Plaintiff Dog bite

*Patrick and Amber Sanders v. The City of Salem* Missouri Circuit Plaintiff Dog Bite

*Shutts v. The City of Ocoee/Orange County* Florida Federal Plaintiff Police Shooting

*Drabiszczak v. Snohomish County* Washington Federal Plaintiff Dog shooting

**2013**

*Pierre v. Gamboa* Washington Superior Dog bite

*Burnett v. Mims* Florida County Plaintiff Dog bite

*Kary Caldwell v. The City of Hoquiam* Washington Circuit Plaintiff

6

**2014**

*Criscuolo v. City of Moses Lake* Washington Federal Plaintiff Police Shooting

*Gonzalez v. City of Pico Rivera* California Federal Plaintiff Police Shooting

*Russel and Hope Lane v. The City of Round Rock*, Texas, and the Round Rock Police Department Texas Federal Plaintiff Police Shooting

*Hinkley v. H.M. Montgomery and H.M. Montgomery Trucking* Virginia Circuit Plaintiff Dog Bite

**2015**

*Branson v. The City of Commerce City, Colorado* Colorado Federal Plaintiff Police Shooting

*Moore v. The City of Erie, Colorado* Colorado Federal Plaintiff Police Shooting

*Fisher v. Adams County, Colorado* Colorado Federal Plaintiff Police Shooting

*Rochelle Goodsell v. American Family Mutual Insurance* Washington Circuit Plaintiff Dog Bite

**2016**

*R v. McGarrity & Dickson North Tyneside MC*, (unreported) UK Magistrates' Court Defendant Dog bite

*Bradley Ray Beck Jr. v. Ryan Smith, Spokane County Sheriff's Department et al*. Washington Federal Plaintiff Police Shooting

7

*State of Florida v. Javon Dade*  Florida Circuit (criminal) Defendant Fatal dog attack

*Faibvre v. Murphy* Louisiana Circuit Plaintiff Dog bite

*Jessica Marquez v. Officer Michael Robinson* (Pleasant Hill, CA PD)  California Federal Plaintiff Police Shooting

*Bryan and Katherine Thomas v. Ric Bradshaw as Sheriff of Pam Beach County, FL* Florida Federal Plaintiff Police Shooting

**2017**

*Bonnie Lee v. Kern County Probation Department* California Federal Plaintiff Police Shooting

*Steven Cunningham v. United Parcel Service, et al*. Louisiana Circuit Plaintiff Dog Bite

*Almendarez v. the City of Hollywood (FL) et al*. Federal Plaintiff Police Shooting

*Ksenia Benz v. Andrew Kaupert et al*. Maryland Circuit Defendant Dog Bite

**2018**

*Paul Szvoren and Vianna Stewart v. Ohana Animal Rescue and Maricopa County*, Maricopa County Animal Care  Arizona Superior Plaintiff Dog Bite

**2019**

*Bradshaw v. Moreton Bay Regional Council* QCATA 140 Queensland, Australia Queensland Civil and Administrative Tribunal Dog Bite

*Villalpando v. Don Bell D/B/A Pencils etc., et al* Texas Civil/County Plaintiff Dog Attack

*James v. Maricopa County Animal Services*  Arizona Federal Defendant Dog Bite

8

*Travis County Texas v. Hector Luis Guzman* Texas Circuit Plaintiff (State Prosecutor)
Criminal Deadly Conduct-Dangerous Dog

*State of Texas v. Peter Scott Lucas* Texas Circuit Defendant (Public Defender)
Negligent Homicide

*City of Aurora v. Tracy Prim* Colorado Municipal Defendant Dangerous Dog

*Zorich v. Zavorka and St. Louis County Police* Missouri Federal Plaintiff Police shooting

*Medieros v. Albert Duperre*, Chief of Police of the City of Fall River
Massachusetts District Court Plaintiff Dangerous Dog

*Azurdia v. City of New York Police Department* New York Federal Plaintiff Police
Shooting

*Wilk v. the City of Concord Animal Services* New York   Municipal   Defendant
Dangerous Dog

*McAfee v. Town of Marlborough*, Massachusetts County Defendant Dangerous Dog

*Barbara Schneider, as custodian of the estate of Klonda Richey, v. Mark Kumpf*,
*Montgomery Animal Service Center* Ohio Federal  Plaintiff Fatal Dog Attack

*Alvarez v. City of Philadelphia Animal Care and Control Team* Pennsylvania
Circuit Defendant Dog Bite

**2020**

*Jensen v. Douglas County*, Colorado   Colorado County Defendant Dangerous Dog

*McAfee v Douglas County*, Colorado   Colorado County Defendant      Dangerous Dog

9

*State of Georgia vs. Samuel Brown and Angel Brown* Georgia Circuit  Prosecution  Fatal Dog Attack (Criminal Homicide)

*Karen May v. The Town of Abington*, MA Massachusetts Municipal Defense Dangerous Do

*Meer, Meer, and Meer v. County of Erie, Erie County Sheriff's Office et.al*.  New York Circuit Plaintiff Police Shooting

*Friedel vs. Park Place Community* Florida Circuit Defendant Dangerous Dog/Civil Eviction

*Boring v. City of Worthington*, Dubuque Regional Humane Society Iowa District Cruelty

*Vaseleros-Stevenson v. Calvert County*, Maryland  Maryland Federal Plaintiff Police Shooting

*Marie v. Aldritch and Deryckx*  Washington Superior Plaintiff Dog bite.

*Ressler v. Heisel*    Florida Circuit Plaintiff Dangerous Dog/Dog Bite

*Paradise Island Property vs. George* Circuit Plaintiff Dangerous Dog/Civil Eviction

**2021**

*Ruslander v. Randolph Towers Condominium Association* Maryland Circuit  Defendant Dangerous Dog/Dog Bite

*Villar v. City of San Diego Animal Services et. al.*  California Superior Plaintiff Fatality/Animal Services Practices and Policy

*Wendy Love and Jay Ham v. Officer Matthew Grashorn and the City of Loveland,* Colorado Federal Plaintiff Police Shooting

10

*Munson v. Contra Costa County Animal Services* California Superior Defendant
Dangerous Dog


## 2022


*Lavergne v. The Princeton and Excess Lines Insurance* (for Rapides Parish Sheriff's Department) Louisiana Federal Plaintiff Police Shooting


*Jones and Tinsley v. City of North Las Vegas* Nevada Federal Plaintiff Police Shooting


*Kabir v. City of Elk Grove*, California California Municipal DefendantDangerous dog


*Jacobsen v. Deaterly* Florida Circuit Plaintiff Civil


*Sarah Clark v. Dewitt* Clark Florida Circuit Plaintiff Dangerous Dog/Child Custody


## 2023


*Prosser v El Dorado County Animal Services* California County Defendant Dangerous Dog


*Sonoma County (CA) v. Reid* California Superior Defendant Dangerous Dog


*Regional Animal Services of King County, Washington v Lisa Peyer, and the dog "Wonder"* Washington County Defendant Dangerous Dog


*Goode v. D. Smith and the Boston Police Department* Massachusetts Federal
Plaintiff Police Shooting

These are cases that include cases in which I have appeared both for and against the owners of dogs.


11

## SPEAKING ENGAGEMENT HISTORY FOR DR. CROSBY THROUGH JULY 2023

2023: Panelist/speaker, "Multi-species Families on the Streets Symposium", University of Victoria, Victoria, British Colombia, Canada.

2023: Featured speaker, International Association of Animal Behavior Consultants 2023 Conference, Houston, Texas.

2022: Featured speaker, Association of Professional Dog Trainers 2022 Conference, Daytona Beach, FL

2022: Presenter, Animal Law Source/Georgia Bar Association/Georgia Veterinary Medical Association 2022 Conference, Atlanta, GA.

2022: Seminar instructor, "Veterinary Forensics", Virginia Tech/Virginia-Maryland College of Veterinary Medicine

2022: Train Miami-Dade Police Department, "Law Enforcement Dog Encounter Training" certification class, Miami-Dade Police Training Academy.

2022: Presenter, Georgia Animal Control Association 2022 Conference.

2021: Presenter, Florida Association of Medical Examiners Annual Conference

2020: Presenter, International Association of Animal Behavior Consultants, "Aggression and Dog Bite Investigations".

2020: Presentation, Animal Behavior Society, "Efficacy of the use of the "fake dog" in evaluating dog-dog aggression."

2019: Presenter, National Animal Care and Control Association 2019 Conference, Orlando, FL.

2019: Presenter, 2019 Annual Conference, International Association of Animal Behavior Consultants, Houston, Texas.

2019: Consult with and provide training regarding aggressive dogs and investigations, Philadelphia Animal Care and Control, Philadelphia, PA.

2019: Instructor, LEDET, Converse County Sheriff's Office, Converse County, WY.

12

2019: Presenter, National Animal Care and Control Association 2019 Conference, Orlando, FL.

2018: Instructor, LEDET, Regional Police Academy, Nye County Sheriff's Office, Nye County, NV.

2018: Instructor, Law Enforcement Dog Encounters Training (LEDET), Las Vegas Metro Police Civil and Constable Division, Las Vegas, Nevada.

2018: Appointed to President's Committee on Animal Abuse, National Sheriffs' Association, Washington, DC.

2018: Presenter, "Use of Force and Police/Dog Encounters", Animal Prosecution Summit, Baltimore, MD.

2018: Presenter, "Use of Force, Dogs and Police", Association of Prosecuting Attorneys Animal Abuse Prosecution Conference, Louisville, KY.

2018: Speaker, Canine Encounter Training, International Association of Chiefs of Police, 2018 Conference, Orlando, FL.

2018: Speaker, Animal Law Conference, State of Georgia Bar Association, Atlanta, GA.

2018: Featured speaker, Georgia Animal Control Association 2018 Conference.

2017: Presenter, Association of Prosecuting Attorneys, Portland, OR, "Police Use of Force in Dog Encounters".

2017: Presenter and keynote speaker, three days of seminars on canine aggression, animal cruelty investigation, and fatal dog attack investigation in Melbourne, Victoria, Australia for the Australian Institute of Animal Management.

2017: Presenter, "Anatomy of Fatal Dog Attacks", Colorado Animal Welfare Conference, Black Hawk, Colorado.

2017: Presenter, "Police Officers and Canine Encounters: Changing the Narrative", National Sheriffs' Association 2017 Conference, Reno, NV.

2017: Presenter, Georgia Society for Prevention of Cruelty to Animals, "Canine Aggression" and "Handling Aggressive Dogs", Atlanta, GA.

2017: Presenter, "Investigation of Fatal and Serious Dog Attacks", Atlanta, GA, CEU Credit of 6 hours granted by the Georgia Bar Association and the Georgia Commission on Police Standards and Training.

2017: Presenter, Florida Animal Control Association Conference, "Dangerous Dog Law" and "Investigation of Fatal Dog Attacks", Orlando, FL.

2017: Co-Chair, "Police and Dog Encounters", National Coalition on Violence Against Animals.

2016: Presenter. Participant and keynote speaker at the Department of Justice Community Oriented Policing Service Summit on Law Enforcement Use of Force Against Animals, Washington DC.

2016: Presented basic and advanced seminars, Canine Aggression and Dangerous Dogs, Warsaw, Poland.

2015: Presenter, National Coalition on Violence Against Animals, National Sheriff's Association Winter 2016 Presenter at Conference, National Sheriffs' Association "Use of Force Against Companion Animals by Police-Legal Concerns and Investigations", Washington, DC.

2015: Presenter, Association of Prosecuting Attorneys National Animal Law Prosecution Conference, "Use of Force by Police on Companion Animals", Pittsburg, PA

2015: Presenter, Georgia Bar Association Conference on Animal Law and Legislation, Atlanta, GA.

2015 Presenter, Southeast Animal Control Association 2015 Conference, Atlanta, GA on "Dangerous and Aggressive Dogs".

2015: Present series of seminars on Dog Aggression for Veterinary Practice, Southern New Jersey, sponsored by NJ Aid for Animals.

2015: Present seminar, Cornell University, Utica, NY, Dog Aggression.

2015: Presenter, "Dangerous and Aggressive Dogs" Florida Animal Control Association yearly conference, Lake Buena Vista, FL
2015: Expert Participant, Roundtable on Use of force in Dog Encounters, National Sheriff's Association/National Coalition on Violence Against Animals, National Sheriff's Association Winter Conference, Washington DC

2014: Present Law Enforcement Training Seminar, "Investigating Serious and Fatal Dog Attacks", Dayton Police Department and Montgomery County Animal Services, Dayton, Ohio

2014: Present seminar "Dog Bite Prevention", Folkestone, Kent, England.

2014: Present seminar, "Advanced Investigation of Dog Bite Fatalities", Wood Green Animal Sanctuary, Cambridgeshire, England.

2014: Expert Presenter "First National Bite Prevention Conference", RAF Odiham, Hampshire, England with Victoria Stilwell.

2014: Present series of seminars "Handling Aggressive Dogs", New Jersey and Pennsylvania, sponsored by New Jersey Aid for Animals.

2014: Present seminar "Handling Dangerous Dogs for Animal Care Professionals", Alfred State College, State University to New York (SUNY), Alfred, New York.

2014: Present advanced seminar for Law Enforcement, "Dangerous Dog Investigations for Law Enforcement", Alfred State College, State University to New York (SUNY), Alfred, New York.

2014: Expert Presenter "Aggressive Dogs", Georgia Regents' University Medical Center, Augusta, Georgia

2014: Presenter, "Dangerous Dogs and Dangerous Dog Law", Florida Animal Control Association yearly conference, Cocoa Beach, FL.

2014: Provide expert training for the entire Department, Holly Hill Police Department, Holly Hill, FL regarding appropriate use of force and less-lethal use of force options in dog encounters.

2013: Present Dangerous and Aggressive Dog and Bite Investigation Training Seminar, Smerillo, Fermo, Italy, June 8 and 9, 2013

2013: Expert Presenter, Miami Dog Bite Prevention Conference, April 26th, Miami, FL with Victoria Stilwell
2013: Expert Presenter, Miami FL, Law Enforcement Seminar, "Investigating Serious and Fatal Dog Attacks", April 25th

2013: Cambridgeshire, England, April 8 and 9, presented a two-day seminar on Dangerous Dogs, Dog Aggression, and Fatal Dog Bite Investigation for trainers, Behaviorists, Police, and Dangerous Dog Officers.

2012: Present Law Enforcement training seminar at Jeff Davis Environmental Training Center, Hazlehurst, GA., regarding Investigation of Serious and Fatal Dog Attacks.

2012: Present seminar for public access, "Dog Bites Investigation and Facts", Springfield, Missouri

2012: Expert Presenter of a seminar for Law Enforcement Officers, "Investigating Fatal Dog Attacks", Springfield, Missouri

2012: Featured speaker, National Dog Bite Investigation, Treatment and Prevention Conference, Atlanta, GA

## SUMMARY, SELECTED CONSULTING DUTIES, THROUGH JULY 2023

2020: Consult on scene with Crawford County GA Sheriff's Office on dog bite related homicide investigation.

2019: Shelter Review and Assessment, Desert Haven Animal Society, Pahrump, NV.

2019: On-site consult with Bahamas Humane Society, Nassau, Bahamas, regarding training staff, oversight, and shelter improvements.

2019: Hurricane response, Bahamas Humane Society, Nassau, Bahamas (Hurricane Dorian).

2019: Dangerous Dog Evaluation, Chicago Animal Control Department, Chicago, IL

2018: On-site response, dog bite-related fatality, Jacksonville, FL.

2018: On-site consultation, Homicide Investigation, Fremont County (CO) Sheriff's Office.

2018: On-scene investigation, Police shooting, Henderson, NV re: Wheeler v. City of N. Las Vegas and the City of Henderson Police.

2018: Chair, an expert panel advising Division of Animal Services, Australian Capital Territory (Canberra, Australia) regarding Animal Services policy and procedure including dog attacks, Dangerous Dogs, dog bite investigations, community outreach, and legislative policies.

2017: Evaluated 44 fighting dogs from three different criminal dogfighting cases, various locations in the Province of Ontario, Canada, for the Ontario Society for the Prevention of Cruelty to Animals and Dog Tales Animal Sanctuary, King City, Ontario, Canada.

2017: Assist Polk County (GA) Police and Animal Control on scene, Cedartown, GA, regarding dog fighting seizure of 107 dogs, evaluation, and processing of dogs.
2017: Assist on scene Australian Federal Police in Canberra, Australian Capital Territory, Australia, on a human fatality and serious injury to a second victim by a dog attack.

2016: On-scene investigation of human fatality, Jacksonville, FL.

2016: Hurricane Response and Animal Issues oversight, Hurricane Matthew, Jacksonville, FL.

2016: Consulting with Federal Law Enforcement on multi-national dog fighting investigation and arrest (open investigation, location confidential).

16

2016: Assist Law Enforcement on life threatening dog attack on child, Putnam County, FL.

2015: Training consultant, First Coast No More Homeless Pets, Jacksonville, FL on four (4) prison-based dog training programs for placement of shelter dogs.

2015: On-scene response, The Bahamas (southern islands of Longs Island, Acklins Island, San Salvador, Crooked Island), animal conditions and recovery plans, Hurricane Joaquin.

2015: Expert Consultant, development of California Commission on Peace Officer Standards and Training course on Officer Safety and Dog Encounters, CA POST, San Diego, California.

2015: Emergency response, Putnam County (FL) Animal Services, regarding the evaluation of fifty-four (54) severely neglected and behaviorally challenged Chow dogs: evaluate and assess all 54 dogs, guide rescue efforts, and interact with Rescue groups. Handle and assist in the Veterinary examination and spay or neuter of all 54 dogs.

2014: On site investigations of police involved shootings in Round Rock, Texas and Canyon, Texas.

2014: On site investigation of police involved shooting of a dog in Charlotte, NC.

2014: On-scene forensic investigation of police-involved pet shooting in New York City.

2014: Nassau, The Bahamas. On-site (July 2014) at the Bahamas Humane Society addressing a nation-wide outbreak of Canine Distemper Virus. Coordinating assistance from the University of Florida Maddie's Fund Shelter Medicine Program regarding testing, tissue sampling, and disease containment. Guiding the Bahamas Veterinary Medical Association in establishing sanitary and containment protocols. Obtained assistance from Humane Society International, supplying 1000 doses of Canine Distemper Vaccine. Leading mass-vaccination mission in Nassau, expecting to expand the mission throughout the islands of The Bahamas. Assisting epidemiology experts in Florida in trying to trace the origin of what may be a vaccine-resistant strain of CDV.

2014: Expert witness for the plaintiff, Criscuolo vs City of Moses Lake, WA, Federal District Court. Plaintiff alleged excessive use of force by police in the shooting of a dog. A jury trial found in favor of the plaintiff.

2014: Expert report for the plaintiff, Gonzalez vs City of Pico Rivera, Central District of California regarding use of force by police shooting dog. Settlement in favor of the plaintiff.

2014: Assist West Mercia Police, Herefordshire, England in the investigation of a life-threatening dog attack, including participation in forensic necropsy with the Royal Veterinary College, Hawkshead, Hertfordshire, England.

2013: Respond and investigate fatal dog attack, 2-year-old victim, Atlanta, GA.

17

2013: Nassau, Bahamas, April 13-24th, 2013 consulting with the Bahamas Humane Society.

2013: Consult on alleged dog bite case regarding a Labrador mix named Phineas in Salem, Missouri. Prepare an expert report for trial. Testify in Circuit Court as Expert.

2013–2019: Bahamas Humane Society, Nassau, The Bahamas. Consulting regarding restructuring of agency operations, policies, and procedures. Training staff. Oversight of daily operations and shelter management. Interface with Government officials and departments regarding animal issues in the islands of The Bahamas. Conduct cruelty and neglect investigations and train/guide existing Inspectorate Officers regarding professional investigations. Guide physical facility improvements.

2012: Respond to and assist GBI and Seminole County (GA) S.O. on investigation of fatal attack on 4-year-old child, Donalsonville, GA.

2012: On scene investigation and evaluation of involved dog, fatal attack on infant, McKeesport, PA.

2012: On-scene investigation and evaluation of dogs involved in human fatality, Philadelphia, PA.

2012: Consultant to the Judge Joe Brown television show on an alleged livestock attack by dogs.

2012: Consult on dog evaluation, Bloomfield, New Jersey

2012: Consult and train with personnel of the Bahamas Humane Society, Nassau, The Bahamas

2012: Consult and assist in the investigation of a fatal dog attack on an 83-year-old male with Leeds, Alabama P.D. in Leeds, Alabama.

18