SELECTED REFERENCE FROM DR. CROSBY RE: Barus case

Abrahamian, F. M. (2000). Dog bites: Bacteriology, management, and prevention. *Current Infectious Disease Reports*, *2*(5), 446–453. https://doi.org/10.1007/s11908-000-0075-z

Aloff, B. (2002). *Aggression in Dogs: Practical Management, Prevention, and Behaviour Modification.* (1st ed.). Fundcraft Inc.

Anderson, K. H., Yao, Y., Perry, P. J., Albright, J. D., & Houpt, K. A. (2022). Case Distribution, Sources, and Breeds of Dogs Presenting to a Veterinary Behavior Clinic in the United States from 1997 to 2017. *Animals (Basel)*, *12*(5). https://doi.org/10.3390/ani12050576

Appleby, D. L. ; B. (2002). Relationship between aggressive and avoidance behaviour by dogs and their experience in the first six months of life. *The Veterinary Record*, (April 6), 434–438.

Arhant, C., Bubna-Littitz, H., Bartels, A., Futschik, A., & Troxler, J. (2010). Behaviour of smaller and larger dogs: Effects of training methods, inconsistency of owner behaviour and level of engagement in activities with the dog. *Applied Animal Behaviour Science*, *123*(3–4), 131–142. https://doi.org/10.1016/j.applanim.2010.01.003

Arluke, A., Cleary, D., Patronek, G., & Bradley, J. (2018). Defaming Rover: Error-Based Latent Rhetoric in the Medical Literature on Dog Bites. *J Appl Anim Welf Sci*, *21*(3), 211–223. https://doi.org/10.1080/10888705.2017.1387550

Avis, S. P. (1999). Dog Pack Attack—Hunting Humans. *The American Journal of Forensic Medicine and Pathology*, *20*(3), 243–246.

Bailey, J., Discepolo, D., Baker, J., & Perry, E. (2025). An investigation of force potential against the companion dog neck associated with collar use. *Journal of Veterinary Behavior*, *78*, 19–24. https://doi.org/10.1016/j.jveb.2024.10.007

Barnes, J. E. ; B. (2006). Ownership of High-Risk (Vicious) Dogs as a Marker for Deviant Behaviors: Implications for Risk Assessment. *Journal of Interpersonal Violence*, *21*(December 2006), 1616–1634.

Beaver, B. V. B. (2001). A Community Approach to Dog Bite Prevention. *JAVMA*, *Vet Med Today: Canine Aggression Task Force*(11).

Best Friends Animal Society. (2018). *Humane Animal Control: Effective Enforcement, Shelter Management, Local Government Support and Community Engagement*.

Bollen, K. S., & Horowitz, J. (2008). Behavioral evaluation and demographic information in the assessment of aggressiveness in shelter dogs. *Applied Animal Behaviour Science*, *112*(1–2), 120–135. https://doi.org/10.1016/j.applanim.2007.07.007

Bradley, Janice. (2014). *Dog Bites: Problems and Solutions*. Animals and Society Institute.

Bray, E. E., MacLean, E. L., & Hare, B. A. (2014). Context specificity of inhibitory control in dogs. *Anim Cogn*, *17*(1), 15–31. https://doi.org/10.1007/s10071-013-0633-z

Bright, T., Salzer, A., & Strassel, J. (2025). *A Methodology for Assessing Dog Aggression Using a Model Dog*. SSRN. https://doi.org/10.2139/ssrn.5087367

Briones, E. M., Marshall, P. H., & Mangano, S. (2022). Perceived Aggressive Tendencies of, and Functional Attitudes Towards, Selected Breeds of Dogs. *Society & Animals*, 1–21. https://doi.org/10.1163/15685306-bja10073

Bula-Rudas, F. J. ; O. (2021). Human and Animal Bites. *Pediatrics in Review*, (January 30, 2021).

Byrd, J. H., Norris, P., & Bradley-Siemens, N. (Eds.). (2020). *Veterinary Forensic Medicine and Forensic Sciences* (1st ed.). CRC Press.

Clark, M. A. ; S. (1991). Fatal and near fatal animal bite injuries. *Journal of Forensic Sciences*, 1256–1261.

Crosby, J. W. (2018). Dangerous Dog Investigations. In *Humane Animal Control: Effective Enforcement, Shelter Management, Local Government, Support and Community Engagement.* (1st ed.).

De Keuster. (2009). *Epidemiology of Dog Bites*.

Edwards, S. G. (1997). Evaluation of Pepper Spray. *DOJ NIJ*.

Gilchrist, J., Sacks, J. J., White, D., & Kresnow, M. J. (2008). Dog bites: Still a problem? *Inj Prev*, *14*(5), 296–301. https://doi.org/10.1136/ip.2007.016220

Goshev, M. M. (2020). Dog Bite-related Injuries. *MEDICAL BIOLOGY STUDIES, CLINICAL STUDIES, SOCIAL MEDICINE AND HEALTH CARE*, *Volume IV*(2).

Heyward, C. L., Hazel, S., Peacock, R., & Nielsen, T. (2022). Characteristics and outcomes of dog attacks to dogs and cats in Melbourne, Australia: A retrospective study of 459 cases (2018). *Preventive Veterinary Medicine*, *201*, 105609. https://doi.org/10.1016/j.prevetmed.2022.105609

Holzer, K. J., Vaughn, M. G., & Murugan, V. (2019). Dog bite injuries in the USA: Prevalence, correlates and recent trends. *Injury Prevention*, *25*(3), 187–190. https://doi.org/10.1136/injuryprev-2018-042890

IACP. (2015). IACP Canine Encounters Model Policy. *IACP Publications*.

Kneafsey, B. ; C. (1995). Severe dog-bite injuries, introducing the concept of pack attack: A literature review and seven case reports. *Injury*, *26*, 37–41.

Kouzos, D., Katsos, K., Zouzia, E. I., Moraitis, K., Vlachodimitropoulos, D. G., Goutas, N., Spiliopoulou, C. A., & Sakelliadis, E. I. (2022). Non-Fatal Attacks by Dogs: Characteristics of Victims and Attacking Dogs, From the Forensic Perspective: A Series of 106 Cases From Athens, Greece, and Brief Review of the Literature. *Cureus*, *14*(1), e21097. https://doi.org/10.7759/cureus.21097

Morgan, M., & Palmer, J. (2007). Dog bites. *BMJ*, *334*(7590), 413–417. https://doi.org/10.1136/bmj.39105.659919.BE

Newman, Jenny, Christley, Robert, Westgarth, Carri, & Morgan, Kenton. (2017). Risk Factors for Dog Bites—An Epidemiological Perspective. In *Dog Bites: A Multidisciplinary Perspective* (First, pp. 133–158). 5M Publishing Ltd.

Overall, K. L., & Love, M. (2001). Dog bites to humans—Demography, epidemiology, injury, and risk. *Journal of the American Veterinary Medical Association*, *218*(12), 1923–1934. https://doi.org/10.2460/javma.2001.218.1923

Ozanne-Smith, J. A. K. ; and S. V. Z. (2001). Dog bite and injury prevention—Analysis, critical review, and research agenda.(Statistical Data Included). *Injury Prevention*, *7*(4), p321(6).

Reese, L. A., & Vertalka, J. J. (2021). Understanding Dog Bites: The Important Role of Human Behavior. *Journal of Applied Animal Welfare Science*, *24*(4), 331–346. https://doi.org/10.1080/10888705.2020.1790371

Sacks, J. J. ; K. (1996). Dog Bites: How Big a Problem? *Injury Prevention*, *2*, 52–54.

Shuler, C. M., DeBess, E. E., Lapidus, J. A., & Hedberg, K. (2008). Canine and human factors related to dog bite injuries. *Journal of the American Veterinary Medical Association*, *232*(4), 542–546. https://doi.org/10.2460/javma.232.4.542

Villalbi, J. R., Cleries, M., Bouis, S., Peracho, V., Duran, J., & Casas, C. (2010). Decline in

hospitalisations due to dog bite injuries in Catalonia, 1997-2008. An effect of government

regulation? *Inj Prev*, *16*(6), 408–410. https://doi.org/10.1136/ip.2010.026997

**Mortality and Morbidity Reports**: Online by the Centers for Disease Control at
https://www.cdc.gov/mmwr/index.html