# Jacksonville Sheriff's Office
## Incident (Information)

**Sheriff Mike Williams**

## 2019-0032238

## Route To
*Groups:* **ANIMAL CONTROL**
*People:*

---

## Incident Information

**Incident Location**

**3526 ACACIA ST**
**JACKSONVILLE, FLORIDA 32254**

*Sub-sector:* **M2**   *TAZ:* **241**
*Location Type:* **RESIDENCE-HOME**
*Primary Weapon Used:* **NOT APPLICABLE**
*School Name:*

*Incident Occurred:* **Outside Location**

*Day/Date/Time Reported:* **Monday, 01/14/2019 17:03**
*Day/Date/Time Incident From:* **Monday, 01/14/2019 16:45**   *To:* **Monday, 01/14/2019 17:03**
*Is this a Corrections Information Report?:* **NO**

*School Number:*

*Incident Occurred In the Parking Lot at this Location?:* **YES**

**Miscellaneous**

| | | | |
|---|---|---|---|
| *Drug Activity:* **NOT APPLICABLE** | *Drug Type:* **NOT APPLICABLE** | | *# of Reasons:* **1** |
| *Alcohol Related:* **UNKNOWN (OR N/A)** | *Drug Related:* **UNKNOWN (OR N/A)** | | *# of Victims:* **0** |
| *MCI Case:* **NO** | *Follow-up By:* | | *# of Suspects:* **0** |

*Was Hate Crime Involved?:* **NO**   *Dating Violence Involved?:* **NO**   *Is Offense(s) Related to Domestic Violence?:* **NO**
*If not Domestic Violence, Is it Domestic Related?:* **NO**   *Any Children under 18 Involved as a Victim?:* **NO**

**NIBIN Leads**

---

## Report Reason

**#1     INFORMATION**

---

## Witness/Complainant #1 - REED, NIKIA

*Type:* **COMPLAINANT**

**Demographics**
*Race:* **BLACK**       *Sex:* **FEMALE**       *Date of Birth:* **10/21/1989**
*Ethnicity:* **NOT OF HISPANIC ORIGIN**   *Sub Ethnicity:* **NOT OF HISPANIC ORIGIN**
*Age:* **29**

**Contact Information**
*Home Phone #:*       *Bus. Phone #:*       *Ext.:*       *Alt. Phone #:*
*Cell Phone #:* **(706)-294-0052**   *Cell Phone Provider:*
*Email Address:*

**Addresses**
*Is Homeless:* **NO**
*Offered Services by Officer:*       *Services offered:*

**Home Address**          **Mailing Address**

**3519 ACACIA ST**
**JACKSONVILLE, FLORIDA 32254**

*Sub-sector:* **M2**   *TAZ:* **241**

**Employment/School**
*Employer:* **UNEMPLOYED**       *Occupation:*
*School Last Attended:*

---

## Witness/Complainant #2 - VARNADORE, PATRICIA A

*Type:* **WITNESS**

**Demographics**
*Race:* **WHITE**       *Sex:* **FEMALE**       *Date of Birth:* **02/03/1973**
*Ethnicity:* **NOT OF HISPANIC ORIGIN**   *Sub Ethnicity:* **NOT OF HISPANIC ORIGIN**
*Age:* **45**

**Contact Information**
*Home Phone #:*       *Bus. Phone #:*       *Ext.:*       *Alt. Phone #:*
*Cell Phone #:*       *Cell Phone Provider:*
*Email Address:*

**Addresses**
*Is Homeless:* **NO**

---

# Incident (Information)   2019-0032238 (Continued)

*Offered Services by Officer:*       *Services offered:*

**Home Address**       **Mailing Address**
   **3518 ACACIA ST**
   **JACKSONVILLE, FLORIDA 32254**
*Sub-sector:* **M2**    *TAZ:* **241**

**Employment/School**
*Employer:*    **UNEMPLOYED**       *Occupation:*
*School Last Attended:*


## Witness/Complainant #3 - EUSEY, JOSH

*Type:* **WITNESS**

**Demographics**
*Race:* **WHITE**       *Sex:* **MALE**       *Date of Birth:* **04/28/1979**
*Ethnicity:* **NOT OF HISPANIC ORIGIN**    *Sub Ethnicity:* **NOT OF HISPANIC ORIGIN**
*Age:* **39**

**Contact Information**
*Home Phone #:*       *Bus. Phone #:*       *Ext.:*       *Alt. Phone #:*
*Cell Phone #:*    **(904)-763-9692**    *Cell Phone Provider:*
*Email Address:*

**Addresses**
*Is Homeless:* **NO**
*Offered Services by Officer:*       *Services offered:*

**Home Address**       **Mailing Address**
   **3526 ACACIA ST**
   **JACKSONVILLE, FLORIDA 32254**
*Sub-sector:* **M2**    *TAZ:* **241**

**Employment/School**
*Employer:*    **UNEMPLOYED**       *Occupation:*
*School Last Attended:*


## Witness/Complainant #4 - MULLIS, AMANDA

*Type:* **WITNESS**

**Demographics**
*Race:* **WHITE**       *Sex:* **FEMALE**       *Date of Birth:* **08/04/1974**
*Ethnicity:* **NOT OF HISPANIC ORIGIN**    *Sub Ethnicity:* **NOT OF HISPANIC ORIGIN**
*Age:* **44**

**Contact Information**
*Home Phone #:*       *Bus. Phone #:*       *Ext.:*       *Alt. Phone #:*
*Cell Phone #:*    **(904)-802-8023**    *Cell Phone Provider:*
*Email Address:*

**Addresses**
*Is Homeless:* **NO**
*Offered Services by Officer:*       *Services offered:*

**Home Address**       **Mailing Address**
   **3526 ACACIA ST**
   **JACKSONVILLE, FLORIDA 32254**
*Sub-sector:* **M2**    *TAZ:* **241**

**Employment/School**
*Employer:*    **UNEMPLOYED**       *Occupation:*
*School Last Attended:*


## Animal Investigation #1

*Animal Type:* **DOG**   *Breed:* **Pit Bull Terrier**   *Color:* **BLACK**   *Health:* **Good**   *Condition:* **GOOD**
*Animal Control Called to Scene:* **NO**   *Was Animal Captured:* **YES**
*Was Animal Quarantined?:* **YES**       *Where?:*    **3526 ACACIA ST**
      *By Whom?:* **JOSH R EUSEY**
*Rabies Shot in Last Year?:* **UNKNOWN**    *Where?:*
      *By Whom?:*

**Animal Owner:**
*Other Explanation:*       *Other Explanation Address:*

## Animal Investigation #2

*Animal Type:* **PIG**  *Breed:* **Unknown**  *Color:* **BLACK**  *Health:* **Good**  *Condition:* **UK**
*Animal Control Called to Scene:* **NO**  *Was Animal Captured:* **YES**
*Was Animal Quarantined?:* **YES**          *Where?:*   **3526 ACACIA ST**
                                            *By Whom?:* **JOSH R EUSEY**
*Rabies Shot in Last Year?:* **UNKNOWN**    *Where?:*
                                            *By Whom?:*

**Animal Owner:**
   *Other Explanation:*                        *Other Explanation Address:*
                                               **N/A**

## Additional Information

On 01-14-19 at 1249, Officer K. D. Lampkin #63454, Officer K. Oren #79986 and I were dispatched to 3519 Acacia Street, in reference to an animal complaint. Officer Oren and I were the first to arrive. Contact was made with the complainant Nickia Reed (complainant/wit #1).

Ms. Reed stated that the neighbor's pet pig (Abt #2) came to her yard and dug some holes in her front yard. She advised that this has been an ongoing issue with the animal. While talking to the complainant, a dog (Abt #1) and a small pig were seen in the back yard of the residence located at 3526 Acadia Street. The complainant stated that both animals belonged to the people that live at 3526 Acacia Street. The complainant also advised that she have had issues with the dog in the past, where it came after her and other members of her family including a child in a wheelchair.

Officer Lampkin then arrived at the scene. I advised him that I had already talked to the complainant, and I was about to attempt to make contact with the people living at 3526 Acacia Street. It should be noted that while talking to the complainant, an unknown person (white female) came out of the house at 3526 Acacia Street to grab a child, and returned inside the residence. I informed Officer Lampkin that a dog was roaming in the back yard of the residence. I asked him to watch out for the dog, while I knocked on the door. I knocked on the door several times, and announced that the police was there for the animals. However, no one answered.

Ms. Patricia Ann Varnadore (wit #2) who was walking by advised that she was friend with the pig's owner, and proceeded to knock on the door, while yelling the name "Amanda", in an attempt to have someone to come outside. It was announced that no one was in trouble, and someone just needed to come outside in order to secure the animals. Ms. Varnadore was asked about the dog. She stated that she wouldn't mess with the dog because it was aggressive.

While standing in the front yard, the dog came from the side of the house while barking, and ran aggressively to the direction of Officer Lampkin. Officer Lampkin upholstered his firearm, and proceeded to shoot one round in the direction of the dog, as it (dog) got closer to him. The discharged round missed the dog, and it ran back to the backyard of the residence.

After the shooting, John R Eusey (wit #3) opened the door and came outside. He advised that he was the owner of the dog and the pig belonged to his daughter. He then placed both animals inside the residence. Later, a white female that identified herself as Amanda Mullis (wit #4) came outside. She stated she did not open the door, because she thought she was in trouble with the law.

An E. T. was requested. Sgt. F. T. Dickinson 5609 and Lt. A. Sircar #7422 were notified and responded to the scene. Due to the fact the animals were secured by their owner, Animal Control was not notified.

There is no further information at this time. Information report closed.

BWC.

## Misc Information

*Clearance Status:* **INFORMATION REPORT CLOSED**      *Clearance Code:*          *Date Case Was Cleared:* **01/14/2019**
                                                                           *Number of Cases Cleared:* **1**
*Is there additional information included on a continuation report?:* **NO**    *Are there other Pertinent Reports?:* **YES**
*Did this incident qualify as a "Cargo Theft"?:*
*Is this a "TeleServ" report?:*              *Was victim provided options to obtain rights card?:*
*Option provided to victim?:*
*In your opinion is there significant reason to believe that the crime can be solved by a patrol follow-up investigation?:* **NO**
*Neighborhood Canvass Conducted?:* **NO**
**Case Card Information Left with:  NOT APPLICABLE**
   *Other Explanation:*                        *Other Explanation Address:*
   **N.A.**
**Handouts**

**Incident (Information)   2019-0032238 (Continued)**

---

**Bias Motivation(s)**

---

### Investigation Time #1
Hour(s):  **02**              Minute(s):  **00**              Cost Amount:  **$96.48**

---

### Signature
**Signature(s)**

| | | | |
|---|---|---|---|
| *Reporting Officer #1:* | **J.H.MURAT ( #68472 )** | *Division:*  **PATROL** | *Section/Unit:*  **ZONE 5** |
| *Reporting Officer #2:* | **K. OREN ( #79986 )** | *Division:* | *Section/Unit:* |
| *Report submitted on:* | **01/14/2019 19:18** | | |
| *Report Reviewer:* | **I.J.WHITE ( #67883 )** | *Status:*  **Approved** | |
| *Report approved on:* | **01/14/2019 19:38** | | |

---