**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

KIMBERLY BARUS,

      Plaintiff,

v.                                                                Case No.  3:24-cv-1358-MMH-SJH

CITY OF JACKSONVILLE, et al.,

      Defendants.

_____

**ORDER REASSIGNING CASE**

On November 19, 2025, the Chief Justice of the United States Supreme Court designated and assigned Senior Judge Jane A. Restani of the United States Court of International Trade to perform judicial duties in the Middle District of Florida during the period of January 1, 2026, through July 31, 2026, and for such time as needed thereafter as required to complete unfinished business. As such, and with the consent of Judge Restani who has agreed to assist the Middle District of Florida, this case is hereby reassigned to Judge Restani.

Unless altered by Judge Restani, the case remains set for trial on the November 2026 trial term, under the Order entered on April 28, 2025 (Dkt. No. 35).

**DONE AND ORDERED** in Jacksonville, Florida this 1st day of July, 2026.

**MARCIA MORALES HOWARD**
United States District Judge

lc11
Copies:

Honorable Jane A. Restani

Clerk of Court

Counsel of Record